James Alan Bush
1745 De Marietta Avenue #3
San Jose, CA 95126
(408) 982-3272

Plaintiff in pro per

ADR

FILED

2008 MAR 10 P 2: 53

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

# C08 01354

| | |
|---|---|
| JAMES ALAN BUSH, | Case No. _____ |
| Plaintiff, | PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF RELATED CASES PURSUANT TO LOCAL CIVIL RULE 3-12 |
| v. | |
| SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, ET AL, | |
| Defendants. | |

## NOTICE OF RELATED CASES

Plaintiff in each of these two cases pending in this district, C08-00539 and C08-01272, ("the FBI case") and ("the Cloudmark case") are "related" as provided in Civil Local Rule 3-12.

Dated: _3-70-08_____     Signed: _____

PAGE 1