FILED
2008 MAR 10 P 2: 53
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

C08 01354 RS

BUSH,                              )   CASE NO. _____
                    Plaintiff,     )
                                   )   APPLICATION TO PROCEED
    vs.                            )   IN FORMA PAUPERIS
Sunnyvale Dept.                    )   (Non-prisoner cases only)
Public Safety                      )
Et. Al.          Defendant.        )

I, James A. Bush, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?              Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.

2 | _____

3 | _____

4 | _____

5 | 2.  Have you received, within the past twelve (12) months, any money from any of the

6 | following sources:

7 |     a.   Business, Profession or                Yes ___ No ✓

8 |          self employment?

9 |     b.   Income from stocks, bonds,             Yes ___ No ✓

10 |         or royalties?

11 |    c.   Rent payments?                         Yes ___ No ✓

12 |    d.   Pensions, annuities, or                Yes ___ No ✓

13 |         life insurance payments?

14 |    e.   Federal or State welfare payments,     Yes ✓ No ___

15 |         Social Security or other govern-

16 |         ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount

18 | received from each.

19 | ____EBT (FOOD STAMPS) $160_____

20 | _____

21 | 3.  Are you married?                           Yes ___ No ✗

22 | Spouse's Full Name: _____

23 | Spouse's Place of Employment: _____

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $_____  Net $_____

26 | 4.  a.  List amount you contribute to your spouse's support: $ _____

27 |     b.  List the persons other than your spouse who are dependent upon you for support

28 |         and indicate how much you contribute toward their support. (NOTE: For minor

1   children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2   _____

3   _____

4   5.   Do you own or are you buying a home?     Yes ___  No ✓

5   Estimated Market Value: $_____   Amount of Mortgage: $_____

6   6.   Do you own an automobile?              Yes ___  No ✓

7   Make _____  Year _____  Model _____

8   Is it financed? Yes ___  No ✓  If so, Total due: $ _____

9   Monthly Payment: $ _____

10  7.   Do you have a bank account?  Yes ___  No ✓ (Do not include account numbers.)

11  Name(s) and address(es) of bank: _____

12  _____

13  Present balance(s): $ _____

14  Do you own any cash?  Yes ___  No ✓  Amount: $ _____

15  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16  market value.)                              Yes ___  No ✓

17  _____

18  8.   What are your monthly expenses?

19  Rent: $ _____   Utilities: _____

20  Food: $ __8/60_____   Clothing: _____

21  Charge Accounts:

22  Name of Account          Monthly Payment          Total Owed on This Account

23  _____          $ _____          $ _____

24  _____          $ _____          $ _____

25  _____          $ _____          $ _____

26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable. Do not include account numbers.)

28  _____

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___  No  ✗
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  _3-10-08_                                    _____
12        DATE                                   SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28