UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES BUSH,<br>        Plaintiff,<br>V.<br>SUNNYVALE DEPARTMENT OF<br>   PUBLIC SAFETY,<br>        Defendant. | Case Number CV-08-1354-JF<br><br>Case Management Conference<br><br>MAY 23, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on May 23, 2008 at 10:30 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

April 24, 2008

For the Court
Richard W. Wieking, Clerk

By: /s/
Diana Munz
Courtroom Deputy Clerk

Copy mailed to: James Bush, 3859 De La Cruz Blvd., Santa Clara, CA  95054