James Alan Bush
1745 De Marietta Avenue #3
San Jose, CA 95126
(408) 982-3272

Plaintiff in pro per

FILED
2008 MAY 14 A 11: 14
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| James Alan Bush, | ) | Case No.: C 08-01354 (RS) JF |
| | ) | |
| Petitioner, | ) | MOTION FOR DECLARATORY JUDGMENT |
| | ) | FOR CLAIM AND DELIVERY |
| v. | ) | |
| | ) | Title 42 USCS § 1983 and California |
| Santa Clara County Department of | ) | Civ. Code §§ 667, 3379, 3380; |
| Correction, CSI Vicari DOE, | ) | California Code Civ. Proc. § 667 |
| | ) | |
| Respondents. | ) | Judge Jeremy Fogel |

**PRELIMINARY STATEMENT**

Petitioner, James Alan Bush, on information, belief and established facts, by and through his own counsel of record, in *pro se*, and for the cause of action of claim and delivery against Respondents, Santa Clara County Department of Correction and CSI Vicari DOE, for the value of personal property and other damages, states the following:

Petitioner in the above-titled cause, moves the court, in connection with the complaint filed on March 10th, 2008, in this matter, to consider the his request for a declaratory judgment and the award of damages based on allegations contained in this motion, without evidentiary hearing, and without oral argument, unless such is desired by the Court. Petitioner respectfully urges the Court to set a date for Respondent to file their answer. The Court is urged to set a further date later for Respondent to file their affidavits and memorandum, with a subsequent date for Petitioner to file, if necessary, a reply memorandum.

**PRELIMINARY STATEMENT**

Petitioner brings this cause of action for claim and delivery, which is governed by California Code Civ. Proc. §§ 511.010-516.050, against, Respondents, Santa Clara County Department of Correction and CSA Vicari DOE, who lawfully acquired, but failed to return on demand, Petitioner's property.

It seeks to recover damages for the detention of petitioner's property, pursuant to Code Civ. Proc. §§ 627 and 667; and, for damages for all the detriment proximately caused by the loss of its use, pursuant to Civ. Code § 3333; and, for damages for business loss; and, an award of exemplary damages, pursuant Civ. Code § 3294.

**PARTIES**

1. Petitioner was a resident of the City of San Jose, County of Santa Clara, State of California, residing at 1471 McDaniel Avenue; and, Petitioner now is a resident of the City of San Jose, County of

| | |
|---|---|
| 1 | obtain by completing a lost property claim form and a purchase |
| 2 | receipt. Per Respondent Vicari and the established policy of the |
| 3 | Santa Clara County Department of Correction, Petitioner would be |
| 4 | reimbursed in a few weeks. |
| 5  9. | A few days later, Petitioner completed an insurance claim form and |
| 6 | attached the purchase receipt for the phone, and then submitted it |
| 7 | to the Respondents *in persona*. |
| 8  10. | On or around the end of May, 2007, Respondent Vicari requested |
| 9 | that Petitioner supply a copy of the service agreement for the |
| 10 | phone. Petitioner complied with her request, although, according to |
| 11 | Respondent Vicari, it was not a prerequisite for reimbursement. |
| 12  11. | On or around the end of July, 2007, Respondent Vicari requested that |
| 13 | Petitioner provide a photocopy of a price tag, showing the current |
| 14 | price of the phone model, by visiting a MetroPCS store, as well as |
| 15 | a statement from a salesperson, verifying the amount. Petitioner |
| 16 | did not comply with this request, because it is not a prerequisite |
| 17 | for reimbursement, it is not required by Respondents' of other |
| 18 | persons in similar circumstances, and is, therefore, unreasonably |
| 19 | burdensome. |

**DAMAGES**

12. During, and as a proximate result of, Respondents' loss of the personal property described above, Petitioner suffered the loss of the use and enjoyment of his personal property.

13. Accordingly, Petitioner seeks damages in the amount of $300, which is the original value of the property, pursuant to Code

1 | Civ. Proc. §§ 627 and 667; and, the petitioner also seeks damages
2 | for all the detriment proximately caused by the loss of use of
3 | the property, pursuant to Civ. Code § 3333; and, Petitioner seeks
4 | exemplary damages due to the oppressive claim requirements, which
5 | were a product of Respondents' personal animus towards Petitioner,
6 | pursuant to Civ. Code § 3294.

**RELIEF REQUESTED**

WHEREFORE, Petitioner prays judgment as follows:

1. For a declaratory judgment in favor of the petitioner, finding that petitioner is entitled to the aforementioned property.
2. For damages for the value of the property in the sum of $300;
3. For damages for loss of use according to proof;
4. For exemplary damages according to proof;

Petitioner: _____   Dated: 5-14-08

**CERTIFICATE OF SERVICE**

A copy of the above notice of motion was mailed by certified mail, return receipt requested, to Santa Clara County Department of Correction, CSI Vicari DOE, and the District Attorney for the County of Santa Clara, on May 14th, 2008.

Signed: _____   Dated: 5-14-08