James Alan Bush
1745 De Marietta Avenue #3
San Jose, CA 95126
(408) 982-3272

Plaintiff in pro per

FILED

2008 MAY 16 P 3:31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush, | Case No.: C 08-01354 (RS) JF |
| Petitioner, | EXHIBIT C |
| v. | TRANSCRIPT OF VOICE MESSAGE FROM DEFENDANT JONATHAN HARRINGTON TO PLAINTIFF |
| Crime Scene Investigator James Anton, Officer Benjamin Holt, Lieutenant Carl Rushmeyer, Lieutenant Vierra, Officer Jon Marines, Officer Christopher Fontaine, Officer Michael (aka "Mick") Rose, Officer Devon Klein, and Sunnvyale Department of Public Safety, | Date: May 17th, 2006<br>Time: 10:33 AM<br><br>Judge Jeremy Fogel |
| - and - | |
| Long (aka "Kevin") Cao, Daniel Napolitan, Daniel Cortez, Laurene Weber, Robert Bradford (aka "Malnburg, Jr."), Jonathan Harrington, Josh Williams, | |
| Respondents. | |

EXHIBIT C                    PAGE 32                    C 08-01354 (RS) JF


## SUMMARY

Transcript of a voice message from Defendant, Jonathan Harrington, to Plaintiff, on May 17th, 2006, at 10:33 AM.

## TRANSCRIPT

HARRINGTON: Good morning! This is your healthy neighborhood curbside warrior. Just checking in to see how court went yesterday. Uh, wanted to see if you needed to speak with anybody, uh, directly or indirectly, to, uh, get rid of some of your problems or just, you know, get some friendly advice (if you don't speak Vietnamese that well). By the way if, you know, Long's around: "fuck you!" And, um, other than that: James, uh, I should have 7963 today. If you know what that means, give me a call. Uh, if not, we'll be talking at some point. Uh, hope you're doing well. Bye.

## VERIFICATION

Plaintiff asserts that, to his full knowledge and to the best of his ability, the aforegoing transcript is a true and accurate representation of the corresponding audio recording filed as Exhibit "L".

Signed: _____    Dated: 5-18-08

EXHIBIT C                PAGE 33                C 08-01354 (RS) JF