```
 1  James Alan Bush
    1745 De Marietta Avenue #3                    FILED
 2  San Jose, CA 95126
    (408) 982-3272                                2008 MAY 16  P 3:33
 3
    Plaintiff in pro per                          RICHARD W. WIEKING
 4                                                     CLERK
                                                  U.S. DISTRICT COURT
 5                                                NO. DIST. OF CA. S.J.

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12

13  James Alan Bush,                )  Case No.:  C 08-01354 (RS) JF
                                    )
14                      Petitioner, )  EXHIBIT D
                                    )
15      v.                          )  TRANSCRIPT OF VOICE MESSAGE FROM
                                    )  DEFENDANT JONATHAN HARRINGTON TO
16  Crime Scene Investigator James  )  PLAINTIFF
    Anton, Officer Benjamin Holt,   )
17  Lieutenant Carl Rushmeyer,      )  Date:  May 17th, 2006
    Lieutenant Vierra, Officer Jon  )  Time:  8:54 PM
18  Marines, Officer Christopher    )
    Fontaine, Officer Michael (aka  )
19  "Mick") Rose, Officer Devon     )  Judge Jeremy Fogel
    Klein, and Sunnvyale Department )
20  of Public Safety,               )
                                    )
21      - and -                     )
                                    )
22  Long (aka "Kevin") Cao, Daniel  )
    Napolitan, Daniel Cortez,       )
23  Laurene Weber, Robert Bradford  )
    (aka "Malnburg, Jr."), Jonathan )
24  Harrington, Josh Williams,      )
                                    )
25                     Respondents. )
                                    )
26
```

EXHIBIT D                          PAGE 34                     C 08-01354 (RS) JF

**SUMMARY**

Transcript of a voice message from Defendant, Jonathan Harrington, to Plaintiff, on May 17th, 2006, at 8:54 PM.

**TRANSCRIPT**

HARRINGTON: Hey, this is you-know-who! I had the weirdest fucking dream last night that you're having trouble eradicating the problem in your home. It was almost worse than, shit, me! [laughs] It was uncomfortable, and you needed help—in a very calm and civil way, of course. Please give me a call back at 849-7963. I'll be happy to help you with this issue, or maybe give you some advice on how to do...how to handle it correctly. Uh, hope you're doing well. Bye.

**VERIFICATION**

Plaintiff asserts that, to his full knowledge and to the best of his ability, the aforegoing transcript is a true and accurate representation of the corresponding audio recording filed as Exhibit "L".

Signed: _____  Dated: 5-16-08