1  James Alan Bush
   1745 De Marietta Avenue #3
2  San Jose, CA 95126
   (408) 982-3272
3
   Plaintiff in pro per
4

FILED

2008 MAY 16  P 3:31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush, ) | Case No.: C 08-01354 (RS) JF |
| ) | |
| Petitioner, ) | EXHIBIT E |
| ) | |
| v. ) | TRANSCRIPT OF VOICE MESSAGE FROM |
| ) | DEFENDANT LAURENE WEBER TO WITNESS |
| Crime Scene Investigator James ) | DAVID DOE |
| Anton, Officer Benjamin Holt, ) | |
| Lieutenant Carl Rushmeyer, ) | Date:  May 17th, 2006 |
| Lieutenant Vierra, Officer Jon ) | Time:  @ 6:00 PM |
| Marines, Officer Christopher ) | |
| Fontaine, Officer Michael (aka ) | |
| "Mick") Rose, Officer Devon ) | Judge Jeremy Fogel |
| Klein, and Sunnvyale Department ) | |
| of Public Safety, ) | |
| ) | |
| - and - ) | |
| ) | |
| Long (aka "Kevin") Cao, Daniel ) | |
| Napolitan, Daniel Cortez, ) | |
| Laurene Weber, Robert Bradford ) | |
| (aka "Malnburg, Jr."), Jonathan ) | |
| Harrington, Josh Williams, ) | |
| ) | |
| Respondents. ) | |

**SUMMARY**

Transcript of a voice message from Defendant, Laurene Weber, to Witness, David DOE, on May 17th, 2006, at or about 6:00 PM.

**TRANSCRIPT**

DAVID: 4-0-8-7-0-5-8-6-0-1. I'm not able to take your call; but, leave your name, number and a brief message, and I'll get back to you. Bye.

LAURENE: David, it's Laurene. I was just calling to see what you were doing, and, um... I wanted to know if I could spend the night; or, if you could ask, uh, Jamie...or, I—Jamie!—uh, Freddie, if I could. I have to see, um... I think I have, uh, something wrong, and I need to get rid of it first. But, um, I'll call you back, okay? Bye.

**VERIFICATION**

Plaintiff asserts that, to his full knowledge and to the best of his ability, the aforegoing transcipt is a true and accurate representation of the corresponding audio recording filed as Exhibit "L".

Signed: _[signature]_    Dated: 5-16-08