```
1   James Alan Bush
    1745 De Marietta Avenue #3
2   San Jose, CA 95126                        FILED
    (408) 982-3272
3                                           2008 MAY 16  P 3:31
    Plaintiff in pro per
4
                                            RICHARD W. WIEKING
5                                                 CLERK
                                            U.S. DISTRICT COURT
6                                           NO. DIST. OF CA. S.J.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12

13  James Alan Bush,             )  Case No.:  C 08-01354 (RS) JF
                                  )
14                  Petitioner,   )  EXHIBIT G
                                  )
15       v.                       )  TRANSCRIPT OF PHONE CONVERSATION
                                  )  BETWEEN DEFENDANT DANIEL NAPOLITAN
16  Crime Scene Investigator James)  AND DEFENDANT DANIEL CORTEZ
    Anton, Officer Benjamin Holt, )
17  Lieutenant Carl Rushmeyer,    )  Date:  May 21st, 2006
    Lieutenant Vierra, Officer Jon)  Time:  @ 2:00 PM
18  Marines, Officer Christopher  )
    Fontaine, Officer Michael (aka)
19  "Mick") Rose, Officer Devon   )  Judge Jeremy Fogel
    Klein, and Sunnyvale Department)
20  of Public Safety,             )
                                  )
21       - and -                  )
                                  )
22  Long (aka "Kevin") Cao, Daniel)
    Napolitan, Daniel Cortez,     )
23  Laurene Weber, Robert Bradford)
    (aka "Malnburg, Jr."), Jonathan)
24  Harrington, Josh Williams,    )
                                  )
25              Respondents.      )
                                  )
26
```

EXHIBIT G                    PAGE 53                C 08-01354 (RS) JF

|    |            |                                                                 |
|----|------------|-----------------------------------------------------------------|
| 1  |            | **SUMMARY**                                                     |
| 2  | Relevant excerpts of a transcript of a phone conversation between |
| 3  | Defendant, Daniel Napolitan, and Defendant, Daniel Cortez, on May 21st, |
| 4  | 2006, at or about 2:00 PM.                                      |
| 5  |            |                                                                 |
| 6  |            | **TRANSCRIPT**                                                  |
| 7  | NAPOLITAN: | [coughs] Yeah, it's D-Nap.                                      |
| 8  | CORTEZ:    | What's up, D?                                                   |
| 9  | NAPOLITAN: | Hey, uh, you know what? If you got some time later...           |
| 10 | CORTEZ:    | Huh?                                                            |
| 11 | NAPOLITAN: | If you can make some time later, it'd be cool if I could        |
| 12 |            | get...get up, uh....get together with you and let's talk about  |
| 13 |            | something real quick.                                           |
| 14 | CORTEZ:    | Oh, yeah?                                                       |
| 15 | NAPOLITAN: | Yeah. Something to do with, like, you know, over here,          |
| 16 |            | there, everywhere.                                              |
| 17 | CORTEZ:    | Like...[stutters]...give me a general idea.                     |
| 18 | NAPOLITAN: | Um, just, like, just something that they...an officer came      |
| 19 |            | over to, uh, take the, uh...what do you call it? The, uh,       |
| 20 |            | report on the last of the, um, goods being stolen last          |
| 21 |            | Friday or whatever.                                             |
| 22 | CORTEZ:    | Uh-huh.                                                         |
| 23 | NAPOLITAN: | But, then, it didn't even happen. He said he didn't want        |
| 24 |            | to come here...this and that, and, and, then, he said           |
| 25 |            | something about me, like, a remark, that just like Ja...        |
| 26 |            | I'm not, like, in danger or nothing, but, it's like, weird.     |

| | | |
|---|---|---|
| 1 | | Weird shit, man. Small town. |
| 2 | CORTEZ: | What the fuck...? |
| 3 | NAPOLITAN: | He's, he's like this, "Danny's out already?!" Like, you, |
| 4 | | like...fuck! Like, dude! Who am I?! |
| 5 | CORTEZ: | Who...who said that? |
| 6 | NAPOLITAN: | The cop! |
| 7 | CORTEZ: | The cop said, "Who's out already?" |
| 8 | NAPOLITAN: | He asked about me! I could...that's why I want to sit down |
| 9 | | and tell you all about it 'cuz it's kinda fuckin' wack. |
| 10 | | Like, like...they don't even give a shit about this place. |
| 11 | CORTEZ: | Okay, okay. Who's telling you all of this? |
| 12 | NAPOLITAN: | This, uh, this happen...okay, check it out: I listen to |
| 13 | | their phone conversations, I listen to everything. I seen |
| 14 | | it go down—about James. James is trying to give a report, |
| 15 | | as far as, like, you know, his iPod, his, uh, car keys... |
| 16 | CORTEZ: | [stutters] What does that have to do with the iPod, though? |
| 17 | NAPOLITAN: | They...well, they came to fill out a report...to take a |
| 18 | | report. |
| 19 | CORTEZ: | He called them to come fill out a report. |
| 20 | NAPOLITAN: | But, they weren't...yeah, yeah, yeah... |
| 21 | CORTEZ: | [inaudible] |
| 22 | NAPOLITAN: | Yeah, but, the thing, like...one of the things is that he |
| 23 | | said, was, like, "So, Danny's out already?" Because he...the |
| 24 | | cop wouldn't come here... |
| 25 | CORTEZ: | That doesn't have anything to do with the iPod, bro. |
| 26 | NAPOLITAN: | No. [stutters] The cop was supposed to come here to do a, |

| | | |
|---|---|---|
| 1 | | take a report. |
| 2 | CORTEZ: | Oh, yeah...for the report...stolen... |
| 3 | NAPOLITAN: | Yeah, just for the things missing. |
| 4 | CORTEZ: | Okay..James comes out...[inaudible]...to the house I told |
| 5 | | you, right? |
| 6 | NAPOLITAN: | So, here's how it : the cop wouldn't come to the house. |
| 7 | | He stopped, like, 10 houses down. And, then, the cop... |
| 8 | | Sunnyvale Police calls James' phone. They said, "Hey, can |
| 9 | | you, uh, go out and, uh, talk to my officer out front." |
| 10 | | Okay? |
| 11 | CORTEZ: | No fucking way! |
| 12 | NAPOLITAN: | The cop wasn't here out front. He was, like, 10 houses down. |
| 13 | | He wouldn't... |
| 14 | CORTEZ: | I heard you... |
| 15 | NAPOLITAN: | Weird shit. He walks down there, I'm looking down there... |
| 16 | | they're talking forever, you know? |
| 17 | CORTEZ: | With James? |
| 18 | NAPOLITAN: | James and the cop, and, it was like, the cop...first off, |
| 19 | | came out here, because he didn't want to take a description |
| 20 | | of any...anyone he thought might have been a suspect over |
| 21 | | the phone; but, once he's here, he, like, like, notices |
| 22 | | where he's going or something... |
| 23 | CORTEZ: | Yeah. For an investigation. |
| 24 | NAPOLITAN: | He don't give a fuck about it. He's like, "I ain't takin' no |
| 25 | | report." He didn't even take a report. He was, like, like, |
| 26 | | laughing in his face, in a way. And, he said...and something |

| | | |
|---|---|---|
| 1 | | about Danny, and, then, he says, "Danny's out already?" |
| 2 | | Like... |
| 3 | CORTEZ: | Uh-huh... |
| 4 | NAPOLITAN: | ...dude! Like the fucker knew me and... |
| 5 | CORTEZ: | I understand totally, bro. |
| 6 | NAPOLITAN: | So, do you know anything about it? That's all I'm... |
| 7 | CORTEZ: | So, what do you want to talk to me about? |
| 8 | NAPOLITAN: | Well, just like, actually, I's, uh...you know... |
| 9 | CORTEZ: | That's some funny [inaudible] shit, for real. |
| 10 | NAPOLITAN: | It is... |
| 11 | ... | |
| 12 | CORTEZ: | I'm not going over there, bro. |
| 13 | NAPOLITAN: | It's cool. No, it's like super-cool here; but...but, I want |
| 14 | | to get out of here. |

### VERIFICATION

Plaintiff asserts that, to his full knowledge and to the best of his ability, the aforegoing transcipt is a true and accurate representation of the corresponding audio recording filed as Exhibit "L".

Signed: _____    Dated: 5-16-08