```
 1  James Alan Bush
    1745 De Marietta Avenue #3
 2  San Jose, CA 95126
    (408) 982-3272
 3
    Plaintiff in pro per
 4
```

FILED

2008 MAY 16  P 3 32

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush, | Case No.: C 08-01354 (RS) JF |
| Petitioner, | EXHIBIT H |
| v. | TRANSCRIPT OF PHONE CONVERSATION BETWEEN DEFENDANT DANIEL NAPOLITAN AND DEFENDANT ROBERT BRADFORD (AKA "MALNBURG, JR.") |
| Crime Scene Investigator James Anton, Officer Benjamin Holt, Lieutenant Carl Rushmeyer, Lieutenant Vierra, Officer Jon Marines, Officer Christopher Fontaine, Officer Michael (aka "Mick") Rose, Officer Devon Klein, and Sunnvyale Department of Public Safety, | Date: @ May 23rd, 2006<br>Time: @ 9:00 PM<br><br>Judge Jeremy Fogel |
| - and - | |
| Long (aka "Kevin") Cao, Daniel Napolitan, Daniel Cortez, Laurene Weber, Robert Bradford (aka "Malnburg, Jr."), Jonathan Harrington, Josh Williams, | |
| Respondents. | |

**SUMMARY**

Relevant excerpts of a transcript of a phone conversation between Defendant, Daniel Napolitan, and Defendant, Robert Bradford (aka "Malnburg, Jr."), on May 23rd, 2006, at 9:00 PM.

**TRANSCRIPT**

NAPOLITAN: Hello?

RECORDING: Hello! This is a collect call from...

BRADFORD: Bobby.

RECORDING: ...an inmate at the...

NAPOLITAN: Hey!

RECORDING: ...Santa Clara County Department of Corrections. To accept charges, press zero. To obtain customer service... [touchtone] This call is subject to monitoring and recording. Thank you for using Evercom.

BRADFORD: Hello?

NAPOLITAN: D-Master B! What's up?

BRADFORD: What's up, [unintelligible]?

NAPOLITAN: [unintelligible] psycho [unintelligible]! I heard you tried to take on the freakin' five-oh with a big ol' blade; but, that's neither here nor there.

BRADFORD: I know! That's what they're trying to say, bro; but, that's totally not true.

NAPOLITAN: I don't believe it; you're not that type...kind of guy, dude.

BRADFORD: No, not at all.

| | | |
|---|---|---|
| 1 | NAPOLITAN: | But, um, you know... |
| 2 | BRADFORD: | Uh, yeah! They're just saying that; but, I don't know why, |
| 3 | | bro! [unintelligible] |
| 4 | NAPOLITAN: | They say a lot of things... |
| 5 | BRADFORD: | Yeah, bro; but... |
| 6 | NAPOLITAN: | And, now, they're trying to say... |
| 7 | BRADFORD: | They asked me, they said, "What was that noise?" You know |
| 8 | | what I mean? Looks like something here...hear something |
| 9 | | dropped, you know? It was a dumbbell. I was doing curls |
| 10 | | before you came in here. |
| 11 | NAPOLITAN: | Yeah, probably. Man, I got...I got arrested the next day, |
| 12 | | myself. |
| 13 | BRADFORD: | Yeah? |
| 14 | NAPOLITAN: | Yeah. |
| 15 | BRADFORD: | Yeah, yeah! Because they were, uh, they were asking, |
| 16 | | fucking, they said, "C'mon, Danny! We know you're in there! |
| 17 | | Come out!" |
| 18 | NAPOLITAN: | Yeah! What is that all about? My warrants were only two- |
| 19 | | thousand bucks. |
| 20 | BRADFORD: | I don't know, dog. |
| 21 | NAPOLITAN: | And, then...you know what, though? |
| 22 | BRADFORD: | [inaudible] |
| 23 | NAPOLITAN: | That day, in the mail, the same warrants   ...a new bench |
| 24 | | warrant came. You know, it was revised. It had said fifteen |
| 25 | | grand. It was for the same two fucking warrants, um, |
| 26 | | pending cases, or whatever. Small time shit! And, then... |

|    |           |                                                                                       |
|----|-----------|---------------------------------------------------------------------------------------|
| 1  |           | and, then, what they...what they did was say, "Well, now you                          |
| 2  |           | have seventeen thousand for warrants-this-and-that." And,                             |
| 3  |           | that they added the old one onto it, which didn't matter,                             |
| 4  |           | you know: fifteen, seventeen; but, you know, it was just...it                         |
| 5  |           | was a good-time excuse; and, why would they be coming after                           |
| 6  |           | someone for only two grand for the first warrant? They don't                          |
| 7  |           | do that shit, unless Sunnyvale is really in the... Well,                              |
| 8  |           | they are kinda slow. [chuckles] No. They're slow, um...slow                           |
| 9  |           | in business, I'm saying. But, uh, how you doing, man?                                 |
| 10 | BRADFORD: | Alright. Fucking, [I] could use a couple bucks on my books;                           |
| 11 |           | but, it's all good.                                                                   |
| 12 | NAPOLITAN:| Hey! What's your, uh, PFN?                                                            |
| 13 | BRADFORD: | Uh, D-O-Z...                                                                          |
| 14 | NAPOLITAN:| D-O-Z? Oh, wait! Hold on! Hold on... Um, keep...keep                                  |
| 15 |           | talking... Oh! I got it right here. Yeah, so, uh, I heard                             |
| 16 |           | you say you saw P.Z. up in there? How's he doing, too?                                |
| 17 | BRADFORD: | Huh?                                                                                  |
| 18 | NAPOLITAN:| Let me get... I'm getting my phone out so I can write that                            |
| 19 |           | down. Oh! How's P... How's Paul doing, too?                                           |
| 20 | BRADFORD: | [unintelligible] He's healthy, fucking...                                             |
| 21 | NAPOLITAN:| You guys both...                                                                      |
| 22 | BRADFORD: | He's got his head together. He's got his head on straight                             |
| 23 |           | and shit.                                                                             |
| 24 | NAPOLITAN:| You guys both in em-ay-oh-tay, or what?                                               |
| 25 | BRADFORD: | Nah, I'm fucking in, uh, downtown jail.                                               |
| 26 | NAPOLITAN:| Ah, okay. Okay. Right on.                                                             |

```
 1   BRADFORD:   Yeah, they had me on the eighth floor for a minute, bro!
 2   NAPOLITAN:  They what? Eighth? Oh! 'Cuz you're a nut!
 3   BRADFORD:   They dressed me in red and yellow!
 4   NAPOLITAN:  Yeah! [laughs] Good shit, man! Oh, but, hey! At least
 5               they put... At least they put...they mixed you up. Red and
 6               yellow?
 7   BRADFORD:   Huh?! Yeah!
 8   NAPOLITAN:  Oh, okay.
 9   BRADFORD:   Yeah, uh, they had yellow tops and red bottoms.
10   NAPOLITAN:  Yeah, banana-strawberry.
11   BRADFORD:   Yeah.
12   NAPOLITAN:  That's like, "Watch the fuck out," is what that is!
13               [chuckles] Yeah! Alright, man! Uh, hey! James is here, too;
14               but, okay... Let me...let me do this. Oh, I wanted to ask
15               you, too, man, if you needed, uh...man! They're probably
16               gonna get you on a dry out or something, huh?
17   BRADFORD:   What's that?
18   NAPOLITAN:  End-all, be-all: they'll probably just do some kind of dry-
19               out time? Um, like, as far as like...
20   BRADFORD:   Well, I'm gonna fight it...I'm gonna fight this charge, bro,
21               to the end.
22   NAPOLITAN:  For sure!
23   BRADFORD:   Because, it's bullshit. I didn't come after them with a
24               weapon. Not even at all.
25   NAPOLITAN:  For sure!
26               ...
```

| | | |
|---|---|---|
| 1 | BRADFORD: | What happened the day that they arrested you? |
| 2 | NAPOLITAN: | Oh, man! Well, here's all the get-down. When I left that |
| 3 | | night—because she was acting all crazy... |
| 4 | BRADFORD: | I should've went with you, bro, because he/she was there, |
| 5 | | too, so I was all like... |
| 6 | NAPOLITAN: | Uh-huh! So, what happened was, right when we got out of, |
| 7 | | um, the complex, she walks across the street to some, uh, |
| 8 | | somewhere over there...some friends she made earlier that |
| 9 | | night, supposedly, is what I'm guessing. |
| 10 | BRADFORD: | Okay. |
| 11 | NAPOLITAN: | Um, but, from that moment on, she's all [unintelligible] |
| 12 | | and I just kept walking, myself. I walked myself...my ass, |
| 13 | | um, you know, for...for, short...for... What is it? To keep |
| 14 | | the story short: I walked my ass to downtown, basically, |
| 15 | | and, uh, to kick it somewhere; and, I, you know, she went |
| 16 | | her way—I ain't gonna chase her down. At least she was out |
| 17 | | of the house, right? And, so, I'm guessing, there's a couple |
| 18 | | of different scenarios as to why the cops must've came. |
| 19 | | Basically, she got...she...she, fucking, who knows? Fucking, |
| 20 | | she got arrested first, right? If...if anyone could look at |
| 21 | | her paperwork, I'm sure that she got arrested before you |
| 22 | | all. |
| 23 | BRADFORD: | Right. |
| 24 | NAPOLITAN: | And, uh, she, fucking...I don't know! I haven't talked to |
| 25 | | her; but, what happened? Did she fucking send the cops? You |
| 26 | | know, I know...I know Daniel's seen her since; but, I didn't |

| | | |
|---|---|---|
| 1 | | ask him about it because he's not the right person to ask, |
| 2 | | kinda. |
| 3 | BRADFORD: | There's...there's...there is some weird stuff going on behind |
| 4 | | all that, but... |
| 5 | NAPOLITAN: | So, she, uh... So, she...she pretty much sent the dogs this |
| 6 | | way, I'll bet. Right? |
| 7 | BRADFORD: | No. I don't...I don't know. Things aren't all that they |
| 8 | | appear, dog. |
| 9 | NAPOLITAN: | No? |
| 10 | BRADFORD: | 'Cuz... |
| 11 | NAPOLITAN: | I mean, uh, I know...I know there's a... I know... |
| 12 | BRADFORD: | [unintelligible] came by right before... |
| 13 | NAPOLITAN: | Yeah... |
| 14 | BRADFORD: | You know what I mean? And, they tried to pull me out of |
| 15 | | that situation. |
| 16 | NAPOLITAN: | He wanted to, uh, borrow the, uh, [scale]; but, he...he |
| 17 | | didn't know nothing about anything, uh, the cops looking |
| 18 | | for her yet, is what I think. |
| 19 | BRADFORD: | No, no. |
| 20 | NAPOLITAN: | ...what I understood; but...because everything happened at |
| 21 | | the same time, supposedly; and, she...she's just, uh...she |
| 22 | | was being just jay-cat supreme, dude! |
| 23 | BRADFORD: | [chuckles] |
| 24 | NAPOLITAN: | Yep! |
| 25 | BRADFORD: | Now, what was she saying about having another black guy? |
| 26 | NAPOLITAN: | When was this? |

| | | |
|---|---|---|
| 1 | BRADFORD: | No, I heard her saying that the other day. |
| 2 | NAPOLITAN: | Um, you mean, before he got locked up? |
| 3 | BRADFORD: | Yeah. |
| 4 | NAPOLITAN: | I don't know. I don't remember. I'm...I wasn't trying to listen to that; I was just, like, "Why's 'bitch' trippin', you know?" And, then she threw bleach on me. I'm, like, "Whoa, man!" I was surprised you didn't fucking deck her! [laughs] Because you guys got toe-to-toe a couple of times. [I was] like, "What the fuck! This bitch is crazy! What's she doin'?" |
| 11 | BRADFORD: | I know, huh?! |
| 12 | NAPOLITAN: | Man! |
| 13 | BRADFORD: | She was, though. Not just because of the me-getting-locked-up situation—someone tried to pull me out of it before it happened. |
| 16 | NAPOLITAN: | I see. Yeah, I know who it is. Yeah... |
| 17 | BRADFORD: | And, fucking... |
| 18 | NAPOLITAN: | I had...I had...I've been in contact, yeah. |
| 19 | BRADFORD: | It's, uh, I don't know, bro. |
| 20 | NAPOLITAN: | But, they weren't...but, they...they had no idea until it... I guess, when, supposedly, when they pulled up, they seen, uh, [unintelligible] in the bushes; and, that's why... Or, when they were leaving... I don't... Oh! You know what it was? There was five-oh on Tasman already. |
| 25 | BRADFORD: | Alright. |
| 26 | NAPOLITAN: | And, they were arresting a girl. That's right! |

| | | |
|---|---|---|
| 1 | BRADFORD: | Ah! |
| 2 | NAPOLITAN: | And, they seen that, so they shot right here to borrow a |
| 3 | | calculator, and... |
| 4 | BRADFORD: | Okay. |
| 5 | NAPOLITAN: | ...and, uh, and, then, that was that! At that point, there |
| 6 | | was no turning back for me, you know? Fucking, fuck the |
| 7 | | calculator right now. I tried to text them. I forget why... |
| 8 | | what...what was...oh! Yeah, yeah, yeah! The text got there |
| 9 | | after he left here because I had to... I'll tell you about |
| 10 | | it sometime, and all that. |
| 11 | BRADFORD: | Okay. |
| 12 | NAPOLITAN: | But, um... |

**VERIFICATION**

Plaintiff asserts that, to his full knowledge and to the best of his ability, the aforegoing transcipt is a true and accurate representation of the corresponding audio recording filed as Exhibit "L".

Signed: _____    Dated: 5-16-08