1    James Alan Bush
     1745 De Marietta Avenue #3
2    San Jose, CA 95126
     (408) 982-3272
3
     Plaintiff in pro per
4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12

13   James Alan Bush,              )    Case No.:  C 08-01354 (RS) JF
                                   )
14              Petitioner,        )    EXHIBIT I
                                   )
15     v.                          )    TRANSCRIPT OF PHONE CONVERSATION
                                   )    BETWEEN DEFENDANT JOSH WILLIAMS
16   Crime Scene Investigator James )   AND PLAINTIFF
     Anton, Officer Benjamin Holt,  )
17   Lieutenant Carl Rushmeyer,     )   Date:  June 22nd, 2006
     Lieutenant Vierra, Officer Jon )   Time:  @ 10:00 PM
18   Marines, Officer Christopher   )
     Fontaine, Officer Michael (aka )
19   "Mick") Rose, Officer Devon    )   Judge Jeremy Fogel
     Klein, and Sunnvyale Department )
20   of Public Safety,              )
                                   )
21     - and -                      )
                                   )
22   Long (aka "Kevin") Cao, Daniel )
     Napolitan, Daniel Cortez,      )
23   Laurene Weber, Robert Bradford )
     (aka "Malnburg, Jr."), Jonathan )
24   Harrington, Josh Williams,     )
                                   )
25              Respondents.        )
                                   )
26   _____

EXHIBIT I              PAGE 67              C 08-01354 (RS) JF

FILED

2008 MAY 16  P 3:32

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

| | |
|---|---|
| 1 | **SUMMARY** |
| 2 | Relevant excerpts of a transcript of a phone conversation between |
| 3 | Defendant, Josh Williams, and Plaintiff, on June 22nd, 2006, at 10:00 PM. |
| 4 | |
| 5 | **TRANSCRIPT** |
| 6 | PLAINTIFF:    Um, yeah! You could do that. How...how's...how's the key |
| 7 | situation coming? Um... |
| 8 | WILLIAMS:    Oh, I have... I haven't gotten [unintelligible] into that, |
| 9 | bro. I haven't... Where is your car at? |
| 10 | PLAINTIFF:    Um, it's being... Well, the keys are getting, uh, made on |
| 11 | it—new ones. So... |
| 12 | WILLIAMS:    Oh. |
| 13 | ... |
| 14 | PLAINTIFF:    Okay. Quick question: um, what, uh... Oh, [redacted]! So, |
| 15 | basically, I got my credit card statement today [from] the |
| 16 | credit cards that were stolen from my house on the 18th, |
| 17 | and, um... Did Danny take those? Because, I'm going to get |
| 18 | the videotapes pretty soon, from the stores that...it was |
| 19 | used at... |
| 20 | WILLIAMS:    Uh-huh... |
| 21 | PLAINTIFF:    ...and I just want to know who I'm going to see. |
| 22 | WILLIAMS:    Um, I...I...I don't know. |
| 23 | PLAINTIFF:    It ain't gonna be you, though, is it? Because, if it's gonna |
| 24 | be you, I don't want to see 'em. If it's gonna be you, I |
| 25 | don't want to see 'em. I'm not gonna get 'em. But, uh...but, |
| 26 | if it's not...but, if it's...if it's not you, then, I'm gonna |

EXHIBIT I                    PAGE 68            C 08-01354 (RS) JF

```
1              get 'em. So, tell me: what do I do? Do I need to get 'em?

2    WILLIAMS:   Do whatever you feel is necessary. I mean...

3    PLAINTIFF:  Okay. Um, because I...okay. Alright. Bye.

4    WILLIAMS:   Okay. Thank you, James.

5    PLAINTIFF:  Mm-hm.

6

7                           VERIFICATION

8        Plaintiff asserts that, to his full knowledge and to the best

9    of his ability, the aforegoing transcipt is a true and accurate

10   representation of the corresponding audio recording filed as Exhibit "L".

11

12   Signed: _____    Dated: 5-16-08

13

14
```

EXHIBIT I                    PAGE 69              C 08-01354 (RS) JF