```
 1  James Alan Bush
    1745 De Marietta Avenue #3
 2  San Jose, CA 95126
    (408) 982-3272
 3
    Plaintiff in pro per
 4
```

FILED

2008 MAY 16  P 3:32

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush, | Case No.: C 08-01354 (RS) JF |
| Petitioner, | EXHIBIT J |
| v. | TRANSCRIPT OF PHONE CONVERSATION BETWEEN DEFENDANT STEVE DOE (ADVANTAGE HOMES) AND PLAINTIFF |
| Crime Scene Investigator James Anton, Officer Benjamin Holt, Lieutenant Carl Rushmeyer, Lieutenant Vierra, Officer Jon Marines, Officer Christopher Fontaine, Officer Michael (aka "Mick") Rose, Officer Devon Klein, and Sunnvyale Department of Public Safety, | Date: August 3rd, 2006<br>Time: 3:47 PM<br><br>Judge Jeremy Fogel |
| - and - | |
| Long (aka "Kevin") Cao, Daniel Napolitan, Daniel Cortez, Laurene Weber, Robert Bradford (aka "Malnburg, Jr."), Jonathan Harrington, Josh Williams, | |
| Respondents. | |

**SUMMARY**

Relevant excerpts of a transcript of a phone conversation between Defendant, Steve DOE (Advantage Homes), and Plaintiff, on August 3rd, 2006, at 3:47 PM.

**TRANSCRIPT**

STEVE: I mean, I knocked on the door—I had a client in the car—um, [I] knocked on the door and waited a couple of minutes. Somebody opened the door—I couldn't tell you what he looked like; I think, if memory serves, [and], I mean, again, there's no reason for me to even remember this information; [but], um, but, uh, I think he had facial hair; but, I, I can't tell you for sure... I couldn't tell ya'. Uh, I know there was a gal sitting on the couch, as well. Um, anyway, they answered the door, and, I said, "Hi!" And, I, I said, uh, "I'm hoping to show the home." And, uh, that person said that, uh...I think—and, I, again, don't quote me, because I don't remember exactly; but, something to the effect of, um, "The home is no longer for sale." I think I asked because there was no sign in front. And, I said...I asked if it was still available. And, he said, "No, I don't think it's for sale anymore"—something to that effect. And, uh, and, that was it. I mean, a very simple, brief conversation that took all [of] ten seconds. Then, I got back in the car and drove off.

**VERIFICATION**

Plaintiff asserts that, to his full knowledge and to the best of his ability, the aforegoing transcipt is a true and accurate representation of the corresponding audio recording filed as Exhibit "L".

Signed: _____    Dated: 5-16-08