1

James Alan Bush
1745 De Marietta Avenue #3
San Jose, CA 95126
(408) 982-3272

Plaintiff in pro per

2

3

4

5

6

7

**FILED**

2008 MAY 16 P 1: 32

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

13

James Alan Bush,                    )    Case No.:  C 08-01354 (RS) JF
                                    )
14                    Petitioner,   )    EXHIBIT K
                                    )
15        v.                        )    TRANSCRIPT OF PHONE CONVERSATION
                                    )    BETWEEN DEFENDANT VANESSA CORTEZ
16   Crime Scene Investigator James )    AND PLAINTIFF
     Anton, Officer Benjamin Holt,  )
17   Lieutenant Carl Rushmeyer,     )    Date:  June 12th, 2006
     Lieutenant Vierra, Officer Jon )    Time:  6:00 PM
18   Marines, Officer Christopher   )
     Fontaine, Officer Michael (aka )
19   "Mick") Rose, Officer Devon    )    Judge Jeremy Fogel
     Klein, and Sunnvyale Department )
20   of Public Safety,              )
                                    )
21        – and –                   )
                                    )
22   Long (aka "Kevin") Cao, Daniel )
     Napolitan, Daniel Cortez,      )
23   Laurene Weber, Robert Bradford )
     (aka "Malnburg, Jr."), Jonathan)
24   Harrington, Josh Williams,     )
                                    )
25                   Respondents.   )
                                    )
26   _____)

1

**SUMMARY**

2     Relevant excerpts of a transcript of a phone conversation between

3   Defendant, Vanessa Cortez, and Plaintiff, on June 12th, 2006, at 6:00 PM.

4

5

**TRANSCRIPT**

6   DEFENDANT:    Yeah, even when you were in jail last time, I know

7                 that they [Defendant Harrington and Defendant Williams]

8                 had something to do with all your stuff being taken

9                 away—with your cards and everything being stolen and

10                everything—[the] last time you were in jail.

11

12

**VERIFICATION**

13    Plaintiff asserts that, to his full knowledge and to the best

14  of his ability, the aforegoing transcript is a true and accurate

15  representation of the corresponding audio recording filed as Exhibit "L".

16

17  Signed: _____          Dated:  5-16-08
                                                       _____

18

19

20

21

22

23

24

25

26

EXHIBIT K                       PAGE 74              C 08-01354 (RS) JF