```
 1  James Alan Bush
    1745 De Marietta Avenue #3
 2  San Jose, CA 95126                           FILED
    (408) 982-3272
 3  theo_knock@yahoo.com                         2008 MAY 19 A 9:37

 4  Plaintiff in pro per
                                                 RICHARD W. WIEKING
 5                                                    CLERK
                                                 U.S. DISTRICT COURT
 6                                               NO. DIST. OF CA. S.J.
```

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

| | | |
|---|---|---|
| James Alan Bush, | ) | Case No.: C 08-01354 (RS) JF |
| | ) | |
| Petitioner, | ) | DECLARATION IN SUPPORT OF |
| | ) | PLAINTIFF'S AMENDED MOTION TO |
| v. | ) | EXPEDITE DISCOVERY |
| | ) | |
| Suzie DOE, Santa Clara County | ) | |
| Adult Probation Department, | ) | |
| Origen Financial, | ) | |
| | ) | |
| Respondents. | ) | Judge Jeremy Fogel |
| | ) | |

### DECLARATION

I, James Alan Bush, declare as follows:

1. I am the petitioner in the above-entitled action.

2. I was, at all relevant times and in all relevant matters described herein, a customer of Origen Financial, and the owner of a manufactured home, situated at 1220 Tasman Drive SPC 379, City of

1         Sunnyvale, County of Santa Clara, State of California.
2    3.   Respondent, Suzie DOE, is, and was, at all relevant times mentioned
3         herein, employed as a clerk by Respondent, Santa Clara County
4         Probation Services Division, Main Office, an agency of the County
5         of Santa Clara, operating in the City of San Jose, County of Santa
6         Clara, State of California, from 2314 North First Street.
7    4.   Respondent, Origen Financial, is a residential mortgage lender,
8         which operates its Servicing Center in the City of Fort Worth,
9         County of Tarrant, State of Texas; I do not know if Respondent,
10        Suzie DOE, is, or was, also employed by Origen Financial as a
11        customer service representative.
12   5.   On or around April 6th, 2007, I called the Origen Financial
13        Servicing Center, to discuss details of the foreclosure and private
14        sale of his home.
15   6.   During the course of the call, I was connected to a customer
16        service representative, who did not identify herself as Suzie DOE (I
17        cannot recall the name she used); however, I immediately recognized
18        the individual as Respondent, Suzie DOE, an employee of Santa Clara
19        County Adult Probation Department, by the unique characteristics of
20        her highly distinctive manner of speech (i.e., her accent).
21   7.   Respondent, Suzie DOE, in her alleged capacity as a customer
22        service representative at Origen Financial, and under her assumed
23        name, provided Plaintiff with erroneous, inconsistent, and
24        incomplete information.
25   8.   I recorded my phone conversation with the aforementioned
26        respondent.

1  9. Later that day, I called the Santa Clara County Adult Probation
2     Department, and spoke with Respondent, Suzie Doe.
3  10. I recorded that phone conversation, as well.
4  11. Based on a side-by-side comparison of the two recordings, and the
5     fact that Suzie DOE provided me with erroneous and incomplete
6     information, I, James Alan Bush, believe that Suzie DOE unlawfully
7     intercepted phone communications between Plaintiff and Respondent,
8     Origen Financial, in violation of Title 18 U.S.C.S. § 2511(1)(a).
9  12. My belief is further founded on the fact that I made a third phone
10    call to an attorney on the same day, which was also answered by
11    Suzie DOE, using a third, assumed name.
12    I declare under penalty of perjury under the laws of California
13 that the above is true and correct, and within my personal knowledge.
14 This declaration was executed on May 19th, 2008, in the City of San
15 Jose.

Signed: _____    Dated: 5-19-08