```
 1  James Alan Bush
    1745 De Marietta Avenue #3
 2  San Jose, CA 95126                          FILED
    (408) 982-3272
 3                                              2008 MAY 19 A 9 37
    Plaintiff in pro per
 4
                                                RICHARD W. WIEKING
 5                                                    CLERK
                                                U.S. DISTRICT COURT
 6                                              NO. DIST. OF CA. S.J.

 7

 8                   UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12

13  James Alan Bush,              )  Case No.:  C 08-01354 (RS) JF
                                  )
14                  Petitioner,   )  REQUEST FOR JUDICIAL NOTICE OF
                                  )  EXHIBITS IN SUPPORT OF PLAINTIFF'S
15      v.                        )  AMENDED MOTION TO EXPEDITE
                                  )  DISCOVERY
16  Suzie DOE, Santa Clara County )
    Adult Probation Department,   )
17  Origen Financial,             )
                                  )
18                  Respondents.  )  Judge Jeremy Fogel
                                  )
19  _____

20

21           REQUEST FOR JUDICIAL NOTICE OF EXHIBITS

22    Plaintiff hereby requests the Court take Judicial Notice pursuant

23  to Rule 201, Federal Rules of Evidence, of the following exhibits:

24  •   Exhibit "A", Comparison of audio excerpts of recorded phone

25      conversations between Plaintiff and Respondent, Suzie DOE, in a

26      movie of a discussion between Plaintiff and Defendant, Kenneth
```

1    Pinto, in regards to the aforementioned respondent, on a DVD-R
2    disk;
3  • Exhibit "B", Transcript of Exhibit "A";
4  • Exhibit "C", Photo of Respondent, Suzie DOE;

Signed: _____    Dated: 5-19-08