```
James Alan Bush
1745 De Marietta Avenue #3
San Jose, CA 95126
(408) 982-3272

Plaintiff in pro per
```

FILED
2008 MAY 19 A 9:38
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| James Alan Bush, | ) | Case No.: C 08-01354 (RS) JF |
| Petitioner, | ) | EXHIBIT B |
| v. | ) | TRANSCRIPT OF CONVERSATION BETWEEN PLAINTIFF AND DEFENDANT KENNETH PINTO REGARDING RESPONDENT SUZIE DOE |
| Suzie DOE, Santa Clara County Adult Probation Department, Origen Financial, | ) | |
| Respondents. | ) | Judge Jeremy Fogel |

**SUMMARY**

Transcript of a conversation between Plaintiff and Defendant, Kenneth Pinto, in which Plaintiff demonstrates two audio recordings of Defendant, Suzie DOE: one, of her in her capacity as a clerk for the Santa Clara County Adult Probation Department; and, second, of her seemingly impersonating a customer service representative for Defendant, Origen Financial.

**TRANSCRIPT**

| | |
|---|---|
| PLAINTIFF: | There is, uh, this lady right here—I don't know if you recognize her or not—does [she] look familiar? She works at the Probation Officer, er, Office. |
| PINTO: | At the counter? |
| PLAINTIFF: | Yeah. |
| PINTO: | Mm, I don't recognize her; but, I'll...I'll take your word for it. |
| PLAINTIFF: | Well, she has a very distinctive, highly characteristic voice, um, one that you could never mistake [for someone else's]. Uh, I have two [stutters] recorded telephone conversations of her: one, her acting in her capacity, here, as a clerk at, uh, at the probation department; and, one, impersonating a customer service representative at, um, my mortgage company. Someone has been intercepting my calls, uh, just to make sure that I don't get good representation—or any representation—on any case I try to file, or fight, um, or [for getting] |

|   |   |   |
|---|---|---|
| 1 |  | my money back for...the proceeds from the sale of my |
| 2 |  | home, for example (as in this case). Um, what do you |
| 3 |  | think about that, Kenneth? |
| 4 | PINTO: | Um, I think it's quite unlikely. |
| 5 | PLAINTIFF: | Well, I mean, I'll let you hear it, and you can tell me |
| 6 |  | what you think. Just...just humor me here. So, here's an |
| 7 |  | example of her talking, um, in the capacity of 'clerk,' |
| 8 |  | and, then, after that, it's Origen Financial. |
| 9 | SUZIE [SANTA CLARA COUNTY ADULT PROBATION]: |  |
| 10 |  | What was the person's name you were calling for? |
| 11 | SUZIE [ORIGEN FINANCIAL]: |  |
| 12 |  | We just sold the home in...in February. |
| 13 | PLAINTIFF: | See what I'm saying? That's the same person: one of the |
| 14 |  | clerk's office, one at Origen Financial. And, I've got |
| 15 |  | dozens of these. |
| 16 | PINTO: | Well, I think you should go down to the financial... |
| 17 |  | the...the...the mortgage company, and...and...and... |
| 18 | PLAINTIFF: | In Texas? In Texas?! |

**VERIFICATION**

Plaintiff asserts that, to his full knowledge and to the best of his ability, the aforegoing transcipt is a true and accurate representation of the corresponding audio recording filed as Exhibit "B".

Signed: _____     Dated: 5-19-08