```
1   James Alan Bush
    1745 De Marietta Avenue #3
2   San Jose, CA 95126
    (408) 982-3272
3
    Plaintiff in pro per
4
```

FILED

2008 MAY 19 A 9:39

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| James Alan Bush, | ) | Case No.: C 08-01354 (RS) JF |
| | ) | |
| Petitioner, | ) | EXHIBIT C |
| | ) | |
| v. | ) | PHOTOGRAPH OF RESPONDENT SUZIE DOE |
| | ) | |
| Suzie DOE, Santa Clara County Adult Probation Department, Origen Financial, | ) | Judge Jeremy Fogel |
| | ) | |
| Respondents. | ) | |

**PHOTOGRAPH OF RESPONDENT SUZIE DOE**

Petitioner submits the following photograph of Respondent, Suzie DOE, (next page) for use by Respondents, Santa Clara County Adult Probation Department and Origen Financial, in identifying the aforementioned respondent:

EXHIBIT C                    PAGE 13                    C 08-01354 (RS) JF



EXHIBIT C    PAGE 14    C 08-01354 (RS) JF