```
James Alan Bush
1745 De Marietta Avenue #3
San Jose, CA 95126
(408) 982-3272

Plaintiff in pro per
```

FILED

2008 MAY 22 A 10 05

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush,<br><br>Petitioner,<br><br>v.<br><br>California Department of Housing and Community Development, DOES ONE to THREE (herein referred to as "DOE CUSTODIANS"), inclusive,<br><br>Respondents. | Case No.: C 08-01354 (RS) JF<br><br>DECLARATION IN SUPPORT OF PLAINTIFF'S PETITION FOR DECLARATORY AND INJUNCTIVE RELIEF AGAINST CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT FOR REFUSAL OF ACCESS TO RECORDS<br><br>Judge Jeremy Fogel |

**DECLARATION OF PLAINTIFF AND PETITIONER**

I, James Alan Bush, Plaintiff and Petitioner in the above-captioned matter, declare under penalty of perjury under the laws of California that the facts alleged in the related petition are true and correct, and within my personal knowledge. This declaration was executed on

1  May 22nd, 2008, in the City of San Jose.

2

3  Signed: _____/s/_____    Dated: 5-22-08