# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, May 23, 2008
**Case Number:** CV-08-1354-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **JAMES BUSH  V. SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, ET AL**

          **PLAINTIFF**                          **DEFENDANT**

  **Attorneys Present:**                          **Attorneys Present:**

---

PROCEEDINGS:

    Case management conference held.  There are no appearances. The Court sets the case for Order to Show Cause re Dismissal hearing on 6/27/08 at 10:30 a.m.