UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES BUSH,<br>      Plaintiff,<br>V.<br>SUNNYVALE DEPT. OF PUBLIC SAFETY,<br>      Defendants. | Case No. CV-08-1354-JF<br><br>ORDER TO SHOW CAUSE RE:<br>DISMISSAL |

    The above named matter came regularly for a case management conference hearing before the Honorable Jeremy Fogel in Courtroom 3, on May 23, 2008 at 10:30 a.m. No appearance was made by Plaintiff. The Court hereby issues an ORDER TO SHOW CAUSE to be heard on June 27, 2008 at 10:30 a.m. as to why this action should not be dismissed for failure to prosecute. If Plaintiff does not file a response to the ORDER TO SHOW CAUSE by June 17, 2008, demonstrating why the case should not be dismissed, the Court will dismiss the action, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

Date: May 27, 2008

                                          JEREMY FOGEL<br>
                                          United States District Judge