```
James Alan Bush
1745 De Marietta Avenue #3
San Jose, CA 95126
(408) 982-3272

Plaintiff in pro per
```

FILED

2008 MAY 27 A 10: 13

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush, | Case No.: C 08-01354 (RS) JF |
| Petitioner, | NOTICE OF PETITION FOR CLAIM AND DELIVERY |
| v. | [Code Civ Proc. § 512.010(a)] |
| Donnie aka Lamont aka Lil' Mon DOE, Eric DOE, Santa Clara County Sheriff's Office, San Jose Police Department, | |
| Respondents. | Judge Jeremy Fogel |

**NOTICE OF PETITION FOR CLAIM AND DELIVERY**

Petitioner, James Alan Bush, for his cause of action for claim and delivery against Respondents, Donnie DOE and Eric DOE, respectfully moves this Court to consider the petitioner's request based on the pleadings, declarations, and memoranda filed in connection with this matter on March 27th, 2008, without evidentiary hearing, and without oral

1 | argument, unless such is desired by the court.
2 | In that case, Petitioner respectively urges the court to set a
3 | date for respondents to file their answers and petitioner to file his
4 | declarations and memorandum. The court is urged to set a further date
5 | later for respondents to file their affidavits and memorandum, with a
6 | later date for petitioner to file, if necessary, a reply memorandum.

Petitioner: _____  Dated: 5-24-08