```
James Alan Bush
1745 De Marietta Avenue #3
San Jose, CA 95126
(408) 982-3272

Plaintiff in pro per
```

FILED

2008 MAY 27  A 10: 13

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush, | Case No.:  C 08-01354 (RS) JF |
| Petitioner, | REQUEST FOR JUDICIAL NOTICE OF EXHIBITS IN SUPPORT OF PLAINTIFF'S PETITION FOR CLAIM AND DELIVERY AGAINST RESPONDENTS DONNIE DOE AND ERIC DOE |
| v. | |
| Donnie aka Lamont aka Lil' Mon DOE, Eric DOE, Santa Clara County Sheriff's Office, San Jose Police Department, | [Fed. R. Evid. 201] |
| Respondents. | Judge Jeremy Fogel |

**REQUEST FOR JUDICIAL NOTICE OF EXHIBITS**

Pursuant to Rule 201, Federal Rules of Evidence, James Alan Bush, Petitioner, hereby requests this Court to take Judicial Notice of the following exhibits, which petitioner filed in support his cause of action for claim and delivery against Respondents, Donnie DOE and Eric DOE:

1. Exhibit "A", Audio recording of voice message, inadvertently

1       left by Respondent, Eric DOE; and,

2.  Exhibit "B", Partial transcript of audio recording in Exhibit "A", on May 19th, 2008, at or around 6:18 PM; and,

3.  Exhibit "C", San Jose Police Department, Incident Card, Burglary Report, Case No. 08-032-9727, Officer Miramontes (Badge No. 3947), February 1st, 2008.

Signed: _____    Dated: 5-24-08