```
James Alan Bush
1745 De Marietta Avenue #3
San Jose, CA 95126
(408) 982-3272

Plaintiff in pro per
```

FILED

2008 MAY 27 A 10: 13

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| James Alan Bush, | ) | Case No.: C 08-01354 (RS) JF |
| | ) | |
| Petitioner, | ) | |
| | ) | DECLARATION IN SUPPORT OF |
| v. | ) | PLAINTIFF'S PETITION FOR CLAIM |
| | ) | AND DELIVERY AGAINST RESPONDENTS |
| Donnie aka Lamont aka Lil' | ) | DONNIE DOE AND ERIC DOE |
| Mon DOE, Eric DOE, Santa Clara | ) | |
| County Sheriff's Office, San Jose | ) | |
| Police Department, | ) | |
| | ) | |
| Respondents. | ) | Judge Jeremy Fogel |
| | ) | |

**DECLARATION**

I, James Alan Bush, declare as follows:

1. I am the petitioner in the above-entitled action.

2. The claims and allegations set forth in the petition for claim and delivery, filed on March 27th, 2008, and the related application for writ of possession, were made by me.

1  3. These facts are a matter of my personal knowledge and experience. I would be competent to testify to their truth if I were called as a witness.

I declare under penalty of perjury under the laws of California that the above is true and correct, and within my personal knowledge. This declaration was executed on May 27th, 2008, in the City of San Jose, County of Santa Clara.

Signed: _____    Dated: 5-24-08

DECLARATION                 PAGE 10                 C 08-01354 (RS) JF