1   James Alan Bush
    1745 De Marietta Avenue #3
2   San Jose, CA 95126              **FILED**
    (408) 982-3272
3
    Plaintiff in pro per           2008 MAY 27  A 10: 13
4
5                                  RICHARD W. WIEKING
                                        CLERK
6                                  U.S. DISTRICT COURT
                                   NO. DIST. OF CA. S.J.
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12

13   James Alan Bush,              )   Case No.:  C 08-01354 (RS) JF
                                    )
14                 Petitioner,     )   EXHIBIT B
                                    )
15        v.                       )   TRANSCRIPT OF CONVERSATION BETWEEN
                                    )   RESPONDENT ERIC DOE AND UKNOWN
16   Donnie aka Lamont aka Lil'    )   THIRD-PARTIES
     Mon DOE, Eric DOE, Santa Clara )
17   County Sheriff's Office, San Jose )   Date:  May 19th, 2008
     Police Department,            )   Time:  6:12 PM
18                                  )
                   Respondents.    )   Judge Jeremy Fogel
19   _____ )

20

21        Petitioner hereby submits Exhibit "B", a partial transcript of a

22   voice message, which was inadvertently left by Respondent, Eric DOE,

23   when he apparently failed to hang up his cellphone after attempting to

24   call the petitioner. Respondent and third-parties refer to petitioner

25   as, "Faggot," throughout the recording—twice, to his face—which

26   indicates the respondent's animus towards petitioner, and, suggests an

1 | alternative motive for the theft of property.

2 |     The conversation between the respondent and third-parties (near the

3 | end of the recording) suggest that petitioner has been surveilled (or

4 | stalked, depending on the capacities of the third-parties).

5 |

6 | **PARTIAL TRANSCRIPT**

7 | RECORDING:   One new message...

8 | ERIC DOE:   Bitch! I know you're up there, faggot! [pause] Huh?!

9 | PLAINTIFF:   [inaudible]

10 | ERIC DOE:   What?!

11 | PLAINTIFF:   [inaudible]

12 | ERIC DOE:   [inaudible]

13 | PLAINTIFF:   [inaudible] told me that!

14 | ERIC DOE:   You...you said five...30 minutes. Bitch! [pause]

15 | WOMAN:   [00:02:54] [inaudible] Fucking faggot! [pause] He['s] always

16 |    playing with that cat. I took the ice cream. That's about

17 |    it. He['s] always playing with that cat.

18 | ERIC DOE:   Faggot's got [inaudible], right?

19 | MAN:   Was he at the library? He's got ghosts, man!

20 | ERIC DOE:   [inaudible]

21 | MAN:   Yeah, he is.

22 | ERIC DOE:   What? [inaudible] Couldn't get no money.

23 | WOMAN:   What?! Just scam off of him!

24 | ERIC DOE:   Want to scam off him?

25 |

26 |

1

**VERIFICATION**

2      Plaintiff asserts that, to his full knowledge and to the best

3  of his ability, the aforegoing transcipt is a true and accurate

4  representation of the corresponding audio recording filed as Exhibit "A".

5

6  Signed: _____      Dated: 5 24 -08

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26