```
James Alan Bush
1745 De Marietta Avenue #3
San Jose, CA 95126
(408) 982-3272

Plaintiff in pro per
```

FILED

2008 MAY 27 A 10 14

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush, | Case No.: C 08-01354 (RS) JF |
| Petitioner, | EXHIBIT C |
| v. | SAN JOSE POLICE DEPARTMENT INCIDENT CARD (2/1/08) |
| Donnie aka Lamont aka Lil' Mon DOE, Eric DOE, Santa Clara County Sheriff's Office, San Jose Police Department, | [Fed. R. Civ. 201] |
| Respondents. | Judge Jeremy Fogel |

Petitioner hereby submits Exhibit "C", a copy of an incident card issued to petitioner by Officer Miramontes (Badge No. 3947) on February 1st, 2008, at the San Jose Police Department, regarding a burglary (Case No. 08-032-9727).

Signed: _____   Dated: 5-22-08

EXHIBIT C                    PAGE 16                    C 08-01354 (RS) JF

FRONT OF CARD



BACK OF CARD

EXHIBIT C                    PAGE 17                    C 08-01354 (RS) JF