1  James Alan Bush
   1745 De Marietta Avenue #3
2  San Jose, CA 95126
   (408) 982-3272
3
   Plaintiff in pro per
4

5

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12

13  James Alan Bush,              )   Case No.:  C 08-01354 (RS) JF
                                  )
14              Petitioner,       )   EX PARTE WRIT OF POSSESSION FOR
                                  )   CLAIM AND DELIVERY
15     v.                         )
                                  )   [Code Civ. Proc. §§ 512.020—512.120]
16  Donnie aka Lamont aka Lil'    )
    Mon DOE, Eric DOE, Santa Clara)
17  County Sheriff's Office, San Jose )
    Police Department,            )
18                                )
                Respondents.      )   Judge Jeremy Fogel
19  _____   )

20

21              EX PARTE WRIT OF POSSESSION

22  TO A UNITED STATES MARSHAL IN THE COUNTY OF SANTA CLARA,

23  YOU ARE DIRECTED:

24  1.   To levy upon and retain in your custody, until released (Code Civ.

25       Proc., § 514.030), the following property or any part of it:

26       •    an LG VX9800 cellular telephone;

RECEIVED

2008 MAY 27 AM 10: 14

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

- a case of DVDs (approx. 10 to 20), marked "Evidence" in black ink by a felt-tip marker, and followed by a date; and,
- a CaseLock-brand DVD carrying case, made of black, yellow and gray nylon, with zipper.

2. To enter the following private place(s) to take possession of the above-described property or some part of it:

   *[addresses on file at the Santa Clara County Sheriff's Office]*

3. To return this writ and the certificate of your proceedings within 30 days after levy and service, but in no event later than 60 days after issuance of this writ.

Signed: _____    Dated: _____

| (SEAL) | **NOTICE TO DEFENDANT:** The petitioner has filed with the court an *ex parte* writ of possession, a copy of which is attached. If your property has been taken under an *ex parte* writ of possession, you may apply under Code of Civil Procedure section 512.020(b) for an order that the writ be quashed, any property levied on be released, and for other relief as provided in that section, including an award of damages for any loss sustained by you as a proximate result of the levy. |
| --- | --- |