```
1   James Alan Bush                              FILED
    1745 De Marietta Avenue #3
2   San Jose, CA 95126
    (408) 982-3272                               2008 MAY 29  A 9 29
3
    Plaintiff in pro per                         RICHARD W. WIEKING
4                                                      CLERK
                                                 U.S. DISTRICT COURT
5                                                NO. DIST. OF CA. S.J.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush, | Case No.: C 08-01354 (RS) JF |
| Petitioner, | NOTICE OF EX PARTE MOTION TO EXPEDITE DISCOVERY |
| v. | |
| Officer Anthony Sult, Sunnyvale Department of Public Safety, | |
| Respondents. | Judge Jeremy Fogel |

### NOTICE OF MOTION TO EXPEDITE DISCOVERY

To all Respondents, and their respective counsel:

PLEASE TAKE NOTICE that the undersigned filed a motion for discovery in advance of the Rule 26(f) discovery conference, asking the Court to order Respondent, Officer Anthony Sult, to provide Petitioner with the information requested therein, and to consider the motion, without an

1  evidentiary hearing, and without oral arguments.

3  Signed: _____    Dated: 5-29-08