```
1   James Alan Bush
    1745 De Marietta Avenue #3                  FILED
2   San Jose, CA 95126
    (408) 982-3272                          2008 MAY 29  A 9 30
3
    Plaintiff in pro per
4                                              RICHARD W. WIEKING
                                                      CLERK
                                               U.S. DISTRICT COURT
5                                              NO. DIST. OF CA. S.J.

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12

13  James Alan Bush,            )  Case No.:  C 08-01354 (RS) JF
                                )
14                  Petitioner, )  REQUEST FOR JUDICIAL NOTICE OF
                                )  EXHIBITS IN SUPPORT OF PLAINTIFF'S
15     v.                       )  EX PARTE MOTION TO EXPEDITE
                                )  DISCOVERY
16  Officer Anthony Sult, Sunnyvale )
    Department of Public Safety,)  [Fed. R. Evid. 201]
17                              )
                    Respondents.)  Judge Jeremy Fogel
18  _____)

19

20

21            REQUEST FOR JUDICIAL NOTICE OF EXHIBITS

22      Plaintiff hereby requests the Court take Judicial Notice pursuant

23  to Rule 201, Federal Rules of Evidence, of the following exhibits:

24  •   Exhibit "A", Transcript of Phone Conversation Between Petitioner and

25      Respondent Officer Anthony Sult, on August 5th, 2006, at 1:27 PM;

26  •   Exhibit "B", DVD, containing audio recording of transcribed phone
```

1  conversation in Exhibit "A".

3  Signed: _____  Dated: 5-29-08