```
1  James Alan Bush
   1745 De Marietta Avenue #3                    FILED
2  San Jose, CA 95126
   (408) 982-3272                                2008 MAY 29  A 9 30
3
   Plaintiff in pro per                          RICHARD W. WIEKING
4                                                      CLERK
                                                 U.S. DISTRICT COURT
5                                                NO. DIST. OF CA. S.J.

6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12

13  James Alan Bush,              )  Case No.:  C 08-01354 (RS) JF
                                  )
14                   Petitioner,  )  EXHIBIT A
                                  )
15  v.                            )  TRANSCRIPT OF PHONE CONVERSATION
                                  )  BETWEEN PETITIONER AND RESPONDENT
16  Officer Anthony Sult, Sunnyvale)  OFFICER ANTHONY SULT
    Department of Public Safety,  )
17                                )
                     Respondents. )  Judge Jeremy Fogel
18  _____)

19

20

21       TRANSCRIPT OF PHONE CONVERSATION WITH RESPONDENT SULT

22       This is a transcript of a phone conversation between Petitioner,

23  James Alan Bush, and Respondent, Public Safety Officer Anthony Sult,

24  which took place on August 5th, 2006, at 1:27 PM. The corresponding audio

25  recording is attached as Exhibit "B".

26
```

**SUMMARY**

Petitioner asked if Respondent Sult reviewed evidence submitted to the Sunnyvale Department of Public Safety (respondent lost the evidence); Petitioner asks Respondent Sult if he and other officers have visited Petitioner's web site, which chronicled Petitioner's struggles against the crimes perpetrated against him (respondent stated that he was not able to listen to the recorded audio conversations); and, then, Respondent Sult makes a mock refernce to a prenatal heart monitor owned by the petitioner, thereby indicating knowledge of acts of aggravated mayhem and/or torture committed against the petitioner ("...we're not the ones with all the listening devices or what-not...").

Petitioner contends that Respondent Sult's use of the phrase, "listening device[s]"—a term not used by anyone else in this context, except by Petitioner and Petitioner's mother, Defendant, Kathy Bickel, and to the prenatal heart monitor.

**TRANSCRIPT**

PLAINTIFF: I gave the DVD to, um, I think it was Marsha or somebody at the front desk and just said, you know, "This is for Officer Sult"—and told 'em, you know, vaguely, or, you know...basically, what it was about and they said they would get it to you. This is actually before we had met.

SULT: Oh, okay. Yes, because I...I [sighs] I don't actually remember ever seeing it; but, I do remember getting a report back from it because I'm not the one who has all the listening devices and everything put into...anyways.

| | | |
|---|---|---|
| 1 | | But, I definitely...I'll ask around and if track it down, I |
| 2 | | will definitely give you a call. |
| 3 | PETITIONER: | I appreciate that. |
| 4 | SULT: | Not a problem. Is there anything else I can help you |
| 5 | | with? |
| 6 | PETITIONER: | Um, yeah. I was wanting to speak to Detective Kim. Is he |
| 7 | | not in today? |
| 8 | SULT: | Eh, let me see... I'm not positive. Let me transfer you |
| 9 | | back to...actually, let me see if he's working... |
| 10 | PETITIONER: | Oh, you know what? If he's not, what about, Officer, uh—I |
| 11 | | almost said, "Sult"—Zitney? |
| 12 | SULT: | Zitney? |
| 13 | PETITIONER: | Yeah. |
| 14 | SULT: | Zitney is not in—I know that. |
| 15 | PETITIONER: | Okay. Now is he...he's back from wherever it was he went, |
| 16 | | right? I mean, vacation or whatever? Is he back from that |
| 17 | | now? |
| 18 | SULT: | Yeah, he's done with vacation. |
| 19 | PETITIONER: | Okay. Great. |
| 20 | SULT: | Let me...[sighs]...okay... What's your phone number? |
| 21 | PETITIONER: | It's, uh, 752... |
| 22 | SULT: | 408? |
| 23 | PETITIONER: | Yeah. |
| 24 | SULT: | 752? |
| 25 | PETITIONER: | 0399. |
| 26 | SULT: | 0399. Okay, I will send a message to Detective Kim to have |

```
 1              him give you a call when he can.
 2  PETITIONER: Okay, and Zitney, the same? And, then, um, your, you'll
 3              call me back if you are able to find that DVD, right?
 4  SULT:       Yes, sir. If I can find the DVD, I'll give you a call.
 5  PETITIONER: Thank you.
```

### VERIFICATION

Petitioner asserts that, to his full knowledge and to the best of his ability, the aforegoing transcipt is a true and accurate representation of the corresponding audio recording, attached hereto as Exhibit "B".

Signed: _____[signature]_____        Dated: 5-29-08