1  James Alan Bush
   1745 De Marietta Avenue #3
2  San Jose, CA 95126
   (408) 982-3272
3
   Plaintiff in pro per
4

**RECEIVED**

2008 MAY 29 AM 9: 30

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12

13  James Alan Bush,                )   Case No.:  C 08-01354 (RS)  JF
                                    )
14                    Petitioner,  )   PROPOSED ORDER TO COMPEL DISCOVERY
                                    )   AGAINST OFFICER ANTHONY SULT
15     v.                           )
                                    )
16  Officer Anthony Sult, Sunnyvale )
    Department of Public Safety,    )
17                                  )
                      Respondents.  )   Judge Jeremy Fogel
18  _____ )

19

20

21              **PROPOSED ORDER TO COMPEL DISCOVERY**

22     This Court, having fully considered the motion of Petitioner, filed

23  on May 29th, 2008, is of the opinion that it should be granted. Now,

24  therefore, good cause appearing,

25     IT IS ORDERED that, within three days, Respondent, Officer Anthony

26  Sult, provide answers for the following questions, which pertain to the

PROPOSED ORDER              PAGE 14              C 08-01354 (RS) JF

term, "listening device," as used by Respondent Sult in the August 5th,

2006, phone conversation with Plaintiff (attached hereto as Exhibit "A"):

1.   where he first heard the term;

2.   who he heard first use the term;

3.   his interpretation of the meaning intended by the person who first

     used the term; and,

4.   his intended meaning of the term, within the context of the phone

     conversation with the petitioner, described in other words.

     IT IS FURTHER ORDERED that defense counsel shall disclose

the response of Respondent Sult to no one and keep it otherwise

confidential.


Clerk: _____    Dated: _____


Judge: _____    Dated: _____