1  James Alan Bush
   1745 De Marietta Avenue #3
2  San Jose, CA 95126
   (408) 982-3272
3
   Plaintiff in pro per
4

RECEIVED
08 MAY 30 AM 8:39
RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

FILED
MAY 30 2008
RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush, | Case No.: C 08-01354 (RS) JF |
| Plaintiff, | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S PETITION FOR CLAIM AND DELIVERY |
| v. | |
| Kathy Bickel, | [Fed. R. Civ. Proc. 201] |
| Defendants. | Judge Jeremy Fogel |

**REQUEST FOR JUDICIAL NOTICE OF EXHIBITS**

Petitioner hereby requests the Court take Judicial Notice pursuant to Federal Rule of Evidence 201 of the following exhibits:

1. Exhibit "A", Purchase Receipt for Apple Powermac G4 minitower; and,

2. Exhibit "B", Purchase Receipt for 1 GB RAM SO-DIMM.

Signed: _____    Dated: 5-29-08

REQUEST                 PAGE 17              C 08-01354 (RS) JF