1   James Alan Bush
    1745 De Marietta Avenue #3
2   San Jose, CA 95126
    (408) 982-3272
3

4   Plaintiff in pro per

5

6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12

13   James Alan Bush,              )   Case No.:  C 08-01354 (RS) JF
                                    )
14                   Petitioner,    )   DECLARATION IN SUPPORT OF PETITION
                                    )   FOR CLAIM AND DELIVERY
15      v.                          )
                                    )
16   Kathy Bickel,                  )
                                    )
17                   Respondent.    )   Judge Jeremy Fogel
                                    )
18

19

20                       DECLARATION

21      I, Long (aka "Kevin") Thang Cao, declare as follows:

22   1.  I am a witness in the above-entitled action.

23   2.  I make this declaration in support of the petition for claim and

24       delivery, filed by Petitioner, James Alan Bush, against Respondent,

25       Kathy Bickel.

26   3.  Petitioner, James Alan Bush, at all relevant times and in all

DECLARATION                    PAGE 15              C 08-01354 (RS) JF

RECEIVED

08 MAY 30 AM 8: 39

RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF C.A.

FILED

MAY 30 2008

RICHARD W.
CLERK, U.S. DIST.
NORTHERN DISTRICT (
SAN JOSE

1.  relevant matters described herein, was the lawful owner of the

2.  property described in the amended petition, filed on May 29th, 2008.

3.  4.  The facts and allegations made in the aforementioned petition are a

4.  matter of my personal knowledge and experience. I would be competent

5.  to testify to their truth if I were called as a witness.

6.

7.  Signed: _____      Dated: 5 21-08

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

DECLARATION                          PAGE 16                    C 08-01354 (RS) JF