James Alan Bush
1745 De Marietta Avenue #3
San Jose, CA 95126
(408) 982-3272

Plaintiff in pro per

RECEIVED
08 MAY 30 AM 8:39
RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

FILED
MAY 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>Kathy Bickel,<br><br>　　　　　Respondent. | Case No.: C 08-01354 (RS) JF<br><br>DECLARATION IN SUPPORT OF PETITION FOR CLAIM AND DELIVERY<br><br><br>Judge Jeremy Fogel |

**DECLARATION**

I, James Alan Bush, declare as follows:

1. I am the petitioner in the above-entitled action.

2. I make this declaration in support of the petition for claim and delivery against Respondent, Kathy Bickel.

3. I was, at all relevant times and in all relevant matters described herein, the lawful owner of the property described in the amended

1. petition, filed on May 29th, 2008.

2. 4. The facts and allegations made in the aforementioned petition are a matter of my personal knowledge and experience.

Signed: _____    Dated: 5-29-08