```
James Alan Bush
1211 East Santa Clara Avenue #4
San Jose, CA 95116
(408) 982-3272

Plaintiff in pro per
```

**ORIGINAL FILED**
**08 JUN 11 PM 2:26**
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush,<br><br>  Petitioner,<br><br>v.<br><br>Federal Bureau of Investigation, and AGENT DOES ONE to TEN, inclusive,<br><br>  Respondents. | Case No.: C 08-01354 (RS) JF<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S PETITION FOR WRIT OF MANDATE TO COMPEL THE FEDERAL BUREAU OF INVESTIGATION TO PERFORM THEIR DUTY<br><br>[Fed. R. Civ. P. 201]<br><br>Judge Jeremy Fogel |

**REQUEST FOR JUDICIAL NOTICE OF EXHIBITS**

Petitioner hereby requests the Court take Judicial Notice pursuant to Rule 201, Federal Rules of Evidence, of Exhibit "A", a copy of a letter from the Department of Justice, dated February 23rd, 2007.

Signed: _____        Dated: 6-11-08