```
James Alan Bush
1211 East Santa Clara Avenue #4
San Jose, CA 95116
(408) 982-3272

Plaintiff in pro per
```

FILED

2008 JUN 11 P 2: 25

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush,<br><br>    Petitioner,<br><br>v.<br><br>Federal Bureau of Investigation, and AGENT DOES ONE to TEN, inclusive,<br><br>    Respondents. | Case No.: C 08-01354 (RS) JF<br><br>EXHIBIT A<br><br>LETTER FROM THE DEPARTMENT OF JUSTICE ON FEBRUARY 23rd, 2007<br><br>[Fed. R. Civ. P. 201]<br><br>Judge Jeremy Fogel |

Petitioner hereby submits Exhibit "A", a copy of a letter to Petitioner, from the Special Litigation Division of the Department of Justice, written on February 23rd, 2007, in response to petitioner's request that the Federal Bureau of Investigation investigate his allegations of violations of his civil rights by officials acting under color of state law (the second page of the letter is missing).

**U.S. Department of Justice**

Civil Rights Division

Special Litigation Section - PHB
950 Pennsylvania Avenue, NW
Washington, DC 20530

207-11-0/264004

February 23, 2007

James Alan Bush
1471 McDaniel Avenue
San Jose, CA 95126

Dear Mr. Bush:

Thank you for your correspondence. The Special Litigation Section of the United States Department of Justice is responsible for enforcing the provision of the Violent Crime Control and Law Enforcement Act of 1994, 42 U.S.C. § 14141, that allows the Department to seek equitable relief to remedy a pattern or practice of misconduct by law enforcement agencies, such as police departments. When a systemic pattern or practice of misconduct is determined to exist, we have the authority to initiate civil action against the jurisdiction (city, county or state) in order to remedy the misconduct. The Department also has authority with regard to the anti-discrimination provisions of the Omnibus Crime Control and Safe Streets Act of 1968, 42 U.S.C. § 3789d, and Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d, which together prohibit discrimination on the basis of race, color, sex or national origin by police departments receiving federal funds.

The Section's authority does not extend to investigating the personal grievances of a single individual. The Section is not authorized to represent individual citizens in legal matters or to give legal advice. The Section also does not have the authority to seek criminal punishment or monetary damages for misconduct. Therefore, we are unable to provide you with legal opinions or assistance with personal lawsuits or legal matters. If you wish to pursue this matter further, you might consider contacting a private attorney or a legal services lawyer. This individual may assist you in determining what, if any, remedies may be available to you.

We will consider your letter carefully along with other information we may receive to determine whether a pattern or practice investigation is warranted. If you have additional details that you believe may be relevant to our review, we would appreciate it if you would forward that information to us.

We hope that this information is helpful to you. For additional information, you may want to review our website:

EXHIBIT A                           PAGE 19                      C 08-01354 (RS) JF

