```
James Alan Bush
1211 East Santa Clara Avenue #4
San Jose, CA 95116
(408) 982-3272

Plaintiff in pro per
```

FILED

2008 JUN 11 P 2: 25

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush, ) | Case No.: C 08-01354 (RS) JF |
| ) | |
| Petitioner, ) | MOTION FOR SUMMARY JUDGMENT FOR |
| ) | PETITION FOR WRIT OF MANDATE |
| v. ) | PURSUANT TO TITLE 28 U.S.C.S. |
| ) | § 1361 |
| Federal Bureau of Investigation, ) | |
| and AGENT DOES ONE to TEN, ) | [Fed. R. Civ. P. 56(a)] |
| inclusive, ) | |
| ) | |
| Respondents. ) | Judge Jeremy Fogel |

**RELIEF SOUGHT**

James Alan Bush, petitioner in the above-entitled action, moves the Court for summary judgment against Federal Bureau of Investigation, Respondent, and prays for summary judgment in favor of the petitioner for all of the relief set forth in the petition for writ of mandate, which seeks to compel the aforementioned respondent to perform their

1  duty owed the petitioner under Title 28 U.S.C.S. § 1361.

### GROUNDS FOR RELIEF

The petitioner is entitled to summary judgment because, as is more fully shown in the petition, there is no genuine issue of material fact that needs to be tried in this action; and, there are no affirmative defenses available to the respondents, in that:

1. The petition for writ of mandate sufficiently establishes that agents of the Federal Bureau of Investigation have a clear and present legal duty (i.e., nondiscretionary ministerial and statutory requirement) under Title 28 U.S.C.S. § 535(b) to report any information, allegation, and complaint relating to violations of federal criminal law involving government officers and employees to the United States Attorney General.

2. The Federal Bureau of Investigation has refused, and continues to refuse, to document Petitioner's complaint.

Petitioner continues to suffer and incur damages as a result of the deprivation of civil rights guaranteed him by the Fourteenth Amendment to the United States Constitution by law enforcement officials acting under color of state law.

Unless the Federal Bureau of Investigation is compelled to perform their duty, Petitioner is likely to sustain further irreparable harm, including death, in that the petitioner is terminally ill, and the ongoing abuse, which is more fully described in the related complaint, continues to this day. Petitioner has suffered a dramatic acceleration of his illness, which can only be attributed to the circumstances and

1    events particular to this matter.
2        Furthermore, Petitioner has exhausted all available remedies prior to seeking mandamus relief; and, he believes that any further efforts to obtain relief from local agencies and state courts will likely result in serious reprisals against him for making allegations of wrongdoing on the part of local law enforcement agencies, as has occurred in the past. For this reason, requirements for exhaustion of efforts to obtain local relief should be considered waived and satisfied.

Signed: _____    Dated: 6-11-08