**E-Filed 6/20/08**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALAN BUSH,<br><br>                    Petitioner,<br><br>     v.<br><br>SUNNYVALE DEPARTMENT OF PUBLIC SAFETY,<br><br>                    Respondent. | Case Number C 08-01354 JF<br><br>ORDER[1] DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>[re: docket no. 1] |

Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). The court may deny *in forma pauperis* status, however, if it appears from the face of the proposed complaint that the action is frivolous or without merit. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990); *Tripati v. First National Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987).

As presently drafted, the complaint does not appear to set forth a cognizable claim under federal law. Plaintiff attempts to invoke this Court's jurisdiction under the Alien Tort Claims

---

[1] This disposition is not designated for publication in the federal reporter.

1  Act, 28 U.S.C. § 1350, and the Torture Victims Protection Act, Pub. L. No. 102-256, 106 Stat.
2  73 (1992) (codified at 28 U.S.C. § 1350, historical and statutory notes).  However, Plaintiff fails
3  to set forth facts sufficient to state a claim under either statute.  Accordingly, the Court will
4  DENY Plaintiff's application to proceed *in forma pauperis*.
5      SO ORDERED.

7  DATED: 6/20/08

                                            _____
10                                          JEREMY FOGEL
                                            United States District Judge

Case No. C 08-01354 JF
ORDER  DENYING APPLICATION TO PROCEED IN *FORMA PAUPERIS*
(JFEX2)

1  This Order has been served upon the following persons:

2  James Alan Bush
   1745 De Marietta Avenue #3
3  San Jose, CA 95126

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 08-01354 JF
ORDER  DENYING APPLICATION TO PROCEED IN *FORMA PAUPERIS*
(JFEX2)