```
1   James Alan Bush
    1211 East Santa Clara Avenue #4                    RECEIVED
2   San Jose, CA 95118
    (408) 982-3272                                    08 JUN 25 AM 7:48
3
                                                   RICHARD W. WIEKING CLERK
4   Plaintiff in pro per                              U.S. DISTRICT COURT
                                                       NO. DIST. OF CA.
5
                                                          FILED
6
                                                        JUN 2 5 2008
7
8                      UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12

13  James Alan Bush,              )   Case No.:  C 08-01354 (RS) JF
                                  )
14               Plaintiff,       )   NOTICE OF MOTION AND MOTION TO
                                  )   COMPEL MANDATORY DISCLOSURE
15       v.                       )
                                  )   [Fed. R. Civ. P. 26(a), 37(a),
16  Sunnyvale Department of Public)       ND Cal. Civ. LR 3-4(a)(1)]
    Safety, et al.,               )
17                                )
                 Defendants.      )   Magistrate Judge Richard Seeborg
18  _____)

19

20

21          NOTICE OF MOTION AND MOTION TO COMPEL MANDATORY DISCLOSURE

22       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23       Please take notice that on Wednesday, June 25th, 2008, at 9:30 AM,

24  or as soon thereafter as the parties may be heard, Plaintiff will

25  move this Court, at the Robert F. Peckham Federal Building, located at

26  280 South First Street, Courtroom 3, for:
```

NOTICE OF MOTION AND MOTION TO COMPEL MANDATORY DISCLOSURE                PAGE 1

1  (1) An order pursuant to Federal Rules of Civil Procedure, Rule 26(a)
2      and Rule 37(a)(3)(A), requiring Defendant, Kathy Bickel, to make
3      the mandated disclosures as described in the Interrogatory to
4      Defendant, Kathy Bickel, attached hereto as Exhibit A, on the
5      grounds that the defendant failed to make the necessary disclosures
6      related to expert testimony; and,
7  (2) An order pursuant to Federal Rules of Civil Procedure, Rule 26(a)
8      and Rule 37(a)(3)(A), requiring Defendant, Kathy Bickel, to make
9      the mandated disclosures as described in the Request for Mandatory
10     Disclosures and Informal Discovery, attached hereto as Exhibit B,
11     on the grounds that the defendant failed to make the necessary
12     disclosures related to expert testimony.

13     Plaintiff has made prior attempts to meet and confer with the
14 defendant in regards to the disclosure obligations under Rule 26(a) of
15 the Federal Rules of Civil Procedure; however, the defendant refused,
16 and continues to refuse, to comply with this requirement.
17     This motion is based on this Notice of Motion and Motion, the
18 accompanying Certificate of Good-Faith Attempts to Resolve Discovery
19 Dispute, and the pleadings and papers on file in this action.

20
21 Plaintiff: _____    Dated: 6-25-08
22
23
24
25
26

NOTICE OF MOTION AND MOTION TO COMPEL MANDATORY DISCLOSURE        PAGE 2

## CERTIFICATE OF SERVICE

A copy of the above Notice of Motion was emailed to Kathy Bickel, on Wednesday, June 25th, 2008.

Plaintiff: _____[signature]_____     Dated: 6-25-08