```
James Alan Bush
1211 East Santa Clara Avenue #4
San Jose, CA 95118
(408) 982-3272

Plaintiff in pro per
```

RECEIVED
08 JUN 25 AM 7:48
RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

FILED
JUN 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Sunnyvale Department of Public Safety, et al.,<br><br>　　　　　Defendants. | Case No.: C 08-01354 (RS) JF<br><br>CERTIFICATE OF GOOD-FAITH ATTEMPT AT RESOLUTION OF DISPUTE IN RE TO MANDATORY DISCLOSURE REQUIREMENTS UNDER RULE 26(A)<br><br>[Fed. R. Civ. P. 37(a)(1)]<br><br>Magistrate Judge Richard Seeborg |

**GOOD-FAITH CERTIFICATE OF ATTEMPT AT RESOLUTION OF DISCOVERY DISPUTE**

Plaintiff, James Alan Bush, hereby certifies that he has made multiple efforts, in good faith, to confer with the Defendant, Kathy Bickel, in regards to her obligation under Rule 26(a) of the Federal Rules of Civil Procedure, in an effort to secure the disclosure without court action.

CERTIFICATE OF GOOD FAITH ATTEMPT TO RESOLVE DISCOVERY DISPUTE - PAGE 1

1  Plaintiff's efforts were met with the defendant's willful refusal to
2  comply with the mandatory disclosure requirements, to-wit:
3  • A transcript of a phone conversation between the plaintiff and
4  Defendant, Kathy Bickel, is attached hereto as Exhibit "A", and made
5  a part hereof; and,
6  • An email from Defendant, Kathy Bickel, is attached hereto as
7  Exhibit "B", and made a part hereof.

Plaintiff: _____   Dated: 6-25-08

CERTIFICATE OF GOOD FAITH ATTEMPT TO RESOLVE DISCOVERY DISPUTE — PAGE 5