1  James Alan Bush
   1211 East Santa Clara Avenue #4
2  San Jose, CA 95118
   (408) 982-3272
3
   Plaintiff in pro per
4

RECEIVED

08 JUN 25 AM 7:47

RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

FILED

JUN 2 5 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush, | Case No.: C 08-01354 (RS) JF |
| Plaintiff, | EXHIBIT A |
| v. | TRANSCRIPT OF PHONE CONVERSATION BETWEEN PLAINTIFF AND KATHY BICKEL |
| Sunnyvale Department of Public Safety, et al., | Date: August 23rd, 2007 4:40 PM |
| Defendants. | Magistrate Judge Richard Seeborg |

**EXHIBIT A**

Plaintiff hereby submits Exhibit "A", a transcript of a phone conversation between the plaintiff and Defendant, Kathy Bickel, in which she declares her intention to ignore a court-issued summons, and to refuse to respond to requests for discovery of information relevant to plaintiff's claims.

EXHIBIT A - TRANSCRIPT OF PHONE CONVERSATION                              PAGE 6

1   Plaintiff requests informal discovery of evidence relating
2   to violations of Title 18 U.S.C. § 2511 (Unlawful Interception and
3   Disclosure of Wire, Oral, or Electronic Communications); however,
4   Defendant Bickel refused, and continues to refuse, to make good-faith
5   attempts to resolve (or even entertain) any discovery request.
6
7                              **TRANSCRIPT**
8   [RECORDING]:   ...at the tone, say your name, or the company you
9                  represent, and your call will be completed. [beep]
10  PLAINTIFF:     James Bush.
11  [RECORDING]:   Please hold while your call is completed. [pause] Still
12                 trying... [pause] Still trying... [pause]
13  DEFENDANT:     Hello.
14  PLAINTIFF:     Hello! How are you?
15  DEFENDANT:     Fine. How are you?
16  PLAINTIFF:     Fine. Um, [I'm] just trying to take care of things—court
17                 stuff and so forth. I got your email...
18  DEFENDANT:     Mm-hm...
19  PLAINTIFF:     ...about...you...you said, you're not gonna come to court?
20  DEFENDANT:     No!
21  PLAINTIFF:     Why not?
22  DEFENDANT:     [scoffs] Why should I? [chuckles]
23  PLAINTIFF:     Because there's a court order for you to appear there;
24                 that's why.
25  DEFENDANT:     There's just...I [mean], there's just no point, Jimmy; it's
26                 all...crazy.

| | | |
|---|---|---|
| 1 | PLAINTIFF: | It's all what? |
| 2 | DEFENDANT: | Crazy. And, it's just too expensive for me to come out |
| 3 | | there. Now, are you planning on paying [for] my ticket? |
| 4 | PLAINTIFF: | Well—I mean—no, I'm not; but, I mean, this is court...this |
| 5 | | isn't me telling...asking you to come out, this is a court |
| 6 | | order saying, "Come out." |
| 7 | DEFENDANT: | Honey, it's a civil matter; they can't do anything because |
| 8 | | I'm out-of-state. |
| 9 | PLAINTIFF: | It's a federal civil matter. |
| 10 | DEFENDANT: | There's no such thing as a federal civil matter. |
| 11 | PLAINTIFF: | Yeah, there is. Didn't you get your, uh, subpoena? Er, I'm |
| 12 | | sorry! Your summons? |
| 13 | DEFENDANT: | Sure, I did. |
| 14 | PLAINTIFF: | Did the federal marshall come to your door and give it to |
| 15 | | you? Or, did you get the one that I mailed to you? |
| 16 | DEFENDANT: | The one you mailed. |
| 17 | PLAINTIFF: | Okay. Yeah, there's federal court and there's state court; |
| 18 | | and, you saw the civil cover sheet, right? You think I |
| 19 | | made that up? |
| 20 | DEFENDANT: | I think you got it at the library. |
| 21 | PLAINTIFF: | You think I got it at the library? |
| 22 | DEFENDANT: | Mm-hm. |
| 23 | PLAINTIFF: | Did you consult an attorney about that? |
| 24 | DEFENDANT: | There's no point, Jimmy. |
| 25 | PLAINTIFF: | [stutters] So, you're saying that the, uh, cases are not |
| 26 | | real, and that I made it up; and, that's your stance on |

EXHIBIT A - TRANSCRIPT OF PHONE CONVERSATION                                    PAGE 8

| | | |
|---|---|---|
| 1 | | the...the issue? |
| 2 | DEFENDANT: | I'm not saying you made it up; I think you did good |
| 3 | | homework. But, you're not gonna get anything. |
| 4 | PLAINTIFF: | Okay. Well, I'm not really addressing that, so much as why |
| 5 | | you think you don't have to show up to court. |
| 6 | DEFENDANT: | Well, Jimmy, I'm just not going to. |
| 7 | PLAINTIFF: | Well, okay; but, um, if you realize...if you think about |
| 8 | | that, then the case would be lost by you., if you don't |
| 9 | | show up. Do you know that? |
| 10 | DEFENDANT: | It could be; but, you have to have proof. |
| 11 | PLAINTIFF: | Not if you don't show up. And, I actually have that proof, |
| 12 | | which is why the case got approved for trial; so, at |
| 13 | | least they feel that I possibly do. They want to see your |
| 14 | | defense. They feel like it's a reasonable case—that it's a |
| 15 | | justifiable case, [which] is why they [unintelligible] they |
| 16 | | approved it to go forward. And, then, your job... |
| 17 | DEFENDANT: | Well, I'll write 'em a letter, then. |
| 18 | PLAINTIFF: | You'll write 'em a letter? |
| 19 | DEFENDANT: | Mm-hm. |
| 20 | PLAINTIFF: | Okay. Well, just realize that, if you don't write that... |
| 21 | | file that answer to the complaint within 45 days of |
| 22 | | receiving the, you know, complaint... |
| 23 | DEFENDANT: | Jimmy, you know what? I'm not gonna argue with you about |
| 24 | | this. I'm not coming out there. Now, like, I emailed you: |
| 25 | | if you're needing to see me because I'm your mother—and, |
| 26 | | we love each other—that's a whole 'nother thing. |

EXHIBIT A - TRANSCRIPT OF PHONE CONVERSATION                               PAGE 9

| | | |
|---|---|---|
| 1 | PLAINTIFF: | Well, what if I asked you...okay... |
| 2 | DEFENDANT: | But, if you want me to come out there to answer a lawsuit |
| 3 | | or anything: no! You know something? Children do not do |
| 4 | | this to their parents. |
| 5 | PLAINTIFF: | Well, I don't think that you quite understand the spirit |
| 6 | | of the complaint. I think that you're taking it the wrong |
| 7 | | way. So, let's just back off that for a minute, and... |
| 8 | | and let me say this: if you want to help me there's some |
| 9 | | things that you can do to help me that don't even require |
| 10 | | you to leave your home. Would you be willing to hear what |
| 11 | | that is? |
| 12 | DEFENDANT: | What is that? |
| 13 | PLAINTIFF: | Okay. Well, there are some issues... There are some causes |
| 14 | | of action that I allege against other defendants in this |
| 15 | | complaint, and other complaints, that I've filed. Now, |
| 16 | | one thing that may help me prove those causes of action— |
| 17 | | actually support them and make them cogent—then, um, I |
| 18 | | can give those things from you. And, what that is, is |
| 19 | | your phone records for, basically, everything between now |
| 20 | | and last February. My theory is... |
| 21 | DEFENDANT: | Jimmy, there's nothing in my phone records that would help |
| 22 | | prove anything, honey. |
| 23 | PLAINTIFF: | Well, you don't know that until you actually let me finish |
| 24 | | saying it. Now, I think that calls have been intercepted |
| 25 | | between you and I. One way to prove that is to match |
| 26 | | times on my phone records with times on your phone |

|    |            |                                                                          |
|----|------------|--------------------------------------------------------------------------|
| 1  |            | records. So, you don't have to give me your phone records               |
| 2  |            | for every number, if you don't feel comfortable with that               |
| 3  |            | (although, I think you should trust your son, as I am                   |
| 4  |            | supposed to trust my mother)...                                          |
| 5  | DEFENDANT: | Well, you know what? I thought I could.                                  |
| 6  | PLAINTIFF: | Well...                                                                  |
| 7  | DEFENDANT: | I really did. And, then, when my son files a lawsuit saying             |
| 8  |            | that I have to do this, and I have to do that...                         |
| 9  | PLAINTIFF: | Okay.                                                                    |
| 10 | DEFENDANT: | ...no.                                                                   |
| 11 | PLAINTIFF: | Okay. So, see? That's why you have to come to court—                     |
| 12 |            | because you're not willing to listen to what I'm asking                  |
| 13 |            | for, and why. You want to make it an emotional issue.                    |
| 14 |            | You want to make it a "he's-doing-you-wrong" issue; and,                 |
| 15 |            | you're not concerned...                                                  |
| 16 | DEFENDANT: | No, I'm not...                                                           |
| 17 | PLAINTIFF: | Can I...?                                                                |
| 18 | DEFENDANT: | I just don't want to fool with it...                                     |
| 19 | PLAINTIFF: | Well, no, no, no, no, no!                                                |
| 20 | DEFENDANT: | ...because, I'm through with it.                                         |
| 21 | PLAINTIFF: | Of course! You're not going to be bothered by your son's                 |
| 22 |            | problems, are you? Now, [either] you wanted to help me or                |
| 23 |            | don't you?!                                                              |
| 24 | DEFENDANT: | [unintelligible] No.                                                     |
| 25 | PLAINTIFF: | Okay! That's what we're...that's why we're doing this—                   |
| 26 |            | because you don't want to help me; you just want to                      |

EXHIBIT A - TRANSCRIPT OF PHONE CONVERSATION                                    PAGE 11

| | | |
|---|---|---|
| 1 | | complain. You want to make it all about you. You're son is |
| 2 | | having... |
| 3 | DEFENDANT: | ...people are scamming, like those repossessions, and all |
| 4 | | of that... |
| 5 | PLAINTIFF: | You're son... |
| 6 | DEFENDANT: | ...you might have something there! |
| 7 | PLAINTIFF: | You're son is having difficulty finding out what happened |
| 8 | | with a few issues that occurred with him. Your son is |
| 9 | | making a very simple request—something that you can do in |
| 10 | | 15 minutes, in your home. Can you do that or no? If not, |
| 11 | | your son is going to make the court make you do that, |
| 12 | | because he's not going to be homeless, if he doesn't have |
| 13 | | to be. That doesn't make me a bad son. |
| 14 | DEFENDANT: | [unintelligible] I'm not going to be manipulated. |
| 15 | PLAINTIFF: | Ugh! That does not make me a bad son, because I want to |
| 16 | | protect myself, and that I want to ask you for 15 minutes |
| 17 | | of your time. Your logic is flawed. Do you want to help me |
| 18 | | or no? |
| 19 | DEFENDANT: | Well, Jimmy, it depends on what that help requires. |
| 20 | PLAINTIFF: | I just told...said what I needed. |
| 21 | DEFENDANT: | Phone records... |
| 22 | PLAINTIFF: | Correct. |
| 23 | DEFENDANT: | Jimmy! You know something? I don't think anybody |
| 24 | | intercepted our calls. |
| 25 | PLAINTIFF: | I don't care if you don't...if you think you didn't or |
| 26 | | not. I think that, and I have proof of my own of that; |

EXHIBIT A - TRANSCRIPT OF PHONE CONVERSATION                              PAGE 12

| | | |
|---|---|---|
| 1 | | and, i need...I don't need more, I'd like more. |
| 2 | DEFENDANT: | Well, honey, if you don't it, let's just not fool with it. |
| 3 | PLAINTIFF: | I need it! |
| 4 | DEFENDANT: | You just said you didn't, though. |
| 5 | PLAINTIFF: | I need it! |
| 6 | DEFENDANT: | [laughs] Why did you say you didn't? |
| 7 | PLAINTIFF: | I need it! I'm saying it now. Now, stop being |
| 8 | | argumentative, and trying [sic] to make me upset, like |
| 9 | | you're really good at doing, and just... |
| 10 | DEFENDANT: | Well, now you're going to be accusatory... |
| 11 | PLAINTIFF: | There we go! There we go! |
| 12 | DEFENDANT: | [unintelligible] |
| 13 | PLAINTIFF: | No! Are you going to help me, or am I going to have to |
| 14 | | order it through the court? |
| 15 | DEFENDANT: | Well, you know, Jimmy? I guess you'll just have to order |
| 16 | | it, honey... |
| 17 | PLAINTIFF: | Not a problem. |
| 18 | DEFENDANT: | ...because I'm not going to be manipulated. |
| 19 | PLAINTIFF: | I'll see you there. I'll see you there. |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

| | |
|---|---|
| 1 | **VERIFICATION** |
| 2 | Plaintiff asserts that, to his full knowledge and to the best |
| 3 | of his ability, the aforegoing transcipt is a true and accurate |
| 4 | representation of the phone conversation between the plaintiff and |
| 5 | Defendant, Kathy Bickel, occurring on August 23rd, 2007, at 4:40 PM. |

Signed: _[signature]_　　　　　　　　　　Dated: 6-25-08

EXHIBIT A - TRANSCRIPT OF PHONE CONVERSATION　　　　　　　PAGE 14