```
 1  James Alan Bush
    1211 East Santa Clara Avenue #4
 2  San Jose, CA 95118
    (408) 982-3272
 3
    Plaintiff in pro per
 4
```

RECEIVED
08 JUN 25 AM 7:47
RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

FILED
JUN 2 5 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| James Alan Bush, | ) Case No.: C 08-01354 (RS) JF |
|---|---|
| Plaintiff, | ) EXHIBIT B |
| v. | ) EMAIL SENT TO PLAINTIFF FROM |
| | ) DEFENDANT KATHY BICKEL |
| Sunnyvale Department of Public Safety, et al., | ) Date: June 18th, 2008 7:20 AM |
| Defendants. | ) Magistrate Judge Richard Seeborg |

### EXHIBIT B

Plaintiff hereby submits Exhibit "B", an email sent to the plaintiff by Defendant, Kathy Bickel, in which she labels Plaintiff's requests for informal discovery as, "paranoia," and, then, disparages him for being the victim of fraud and other violations of his civil rights, to which she is a perpetrator.

EXHIBIT B - EMAIL TO PLAINTIFF FROM DEFENDANT KATHY BICKEL         PAGE 15

> From: Kathy Bickel <kathy1256@hotmail.com>
> Subject: **RE: Review of Transcript**
> Date: June 18, 2008 7:20:03 AM PDT
> To: Theodore Knock <theodore_knock@mac.com>

Jimmy,

I don't know if all that is transcribed is correct. I do however remember a conversation to the effect that you wanted my phone records. I will not give them to you. I love you very much but I won't do this. With your addiction to methamphetamine comes paranoia. I have come to know that the only stance I can take is to remove myself from the situation you're involved in. That doesn't mean I love you any less...I think of you daily and pray for you. There isn't anything you could possibly do to cause me to stop loving you. I don't like the way you are now. You used to be the most intelligent, witty, charming and kind person in the world...but since meth has become the main focus of your life it has completely transformed your way of thinking to suspicion, mistrust, anger and lying. I love you more than you can know. I mourn the loving son I used to know.

Love,

Mom

> To: kathy1256@hotmail.com
> From: theodore_knock@mac.com
> Subject: Review of Transcript
> Date: Tue, 17 Jun 2008 22:57:01 -0700
>
> Is this your recollection of our conversation re: summons and
> informal discovery last August? If not, please amend or correct,
> where appropriate. I have a recording; however, it's difficult to
> tell whether it's been altered.
>
> Thanks,
>
> James
>

Need to know now? Get instant answers with Windows Live Messenger. IM on your terms.

## VERIFICATION

Plaintiff asserts that, to his full knowledge and to the best of his ability, the aforegoing email is a true and accurate representation of that which was sent to the plaintiff by Defendant, Kathy Bickel, occurring on June 18th, 2008, at 7:20 AM.

Signed: _____       Dated: 6-25-08

EXHIBIT B - EMAIL TO PLAINTIFF FROM DEFENDANT KATHY BICKEL      PAGE 16