```
James Alan Bush
1211 East Santa Clara Avenue #4
San Jose, CA 95118
(408) 217-8282

Plaintiff in pro per
```

FILED

2008 JUN 26  P 1:59

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush,<br><br>    Petitioner,<br><br>v.<br><br>Valley Medical Center: Emergency Psychiatric Services,<br><br>    Respondent. | Case No.: C 08-01354 (RS) JF<br><br>NOTICE OF MOTION FOR SUMMARY JUDGMENT FOR PETITION FOR INJUNCTIVE AND DECLARATORY RELIEF AND DAMAGES FOR REFUSAL TO PERMIT REVIEW OF PERSONAL RECORD<br><br>Judge Jeremy Fogel |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 22nd, 2008, at 9:00 AM, in Courtroom 3, 5th Floor, Petitioner will move the Court for summary judgment, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, on his petition for injunctive and declaratory relief and

1  damages against Valley Medical Center: Emergency Psychiatric Services,
2  Respondent, on the grounds set forth in the attached motion.

### RECORDS ON MOTION

This notice is accompanied by a motion for summary judgment, a verified petition, and its memoranda and exhibits, and the following proof of service of this notice.

Signed: _____    Dated: 6-26-08

### CERTIFICATE OF SERVICE

A copy of the above notice of motion was hand-delivered by the petitioner to Valley Medical Center: Emergency Psychiatric Services, located at 820 Enborg Court, in San Jose, California, on Thursday, June 26th, 2008.

Signed: _____    Dated: 6-26-08

```
1   James Alan Bush
    1211 East Santa Clara Avenue #4          FILED
2   San Jose, CA 95118
    (408) 217-8282                           2008 JUN 26  P 2:00
3
    Plaintiff in pro per                     RICHARD W. WIEKING
4                                                  CLERK
                                             U.S. DISTRICT COURT
5                                            NO. DIST. OF CA S.J.

6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10

11

12

13  James Alan Bush,              )  Case No.:  C 08-01354 (RS) JF
                                   )
14              Petitioner,        )  MOTION FOR SUMMARY JUDGMENT
                                   )  [FED. R. CIV. P. 56(A)] FOR
15     v.                          )  PLAINTIFF'S PETITION FOR INJUNCTIVE
                                   )  AND DECLARATORY RELIEF AND DAMAGES
16  Valley Medical Center: Emergency) FOR REFUSAL TO PERMIT REVIEW OF
    Psychiatric Services,          )  PERSONAL RECORD
17                                 )
                Respondent.        )  Judge Jeremy Fogel
18  _____)

19

20

21                          RELIEF SOUGHT

22      Petitioner moves the Court for summary judgment against Respondent,

23  Valley Medical Center: Emergency Psychiatric Services, and prays for all

24  of the relief set forth in his petition for injunctive and declaratory

25  relief and damages for the respondent's unlawful refusal to permit the

26  petitioner to inspect his medical records.
```

MOTION FOR SUMMARY JUDGMENT                                      PAGE 3

**GROUNDS FOR RELIEF**

Petitioner is entitled to the relief sought because, as is fully shown in his petition, and its declarations, exhibits, and memoranda, there are no genuine issues of material fact that need to be tried in this action; and, there are no affirmative defenses available to the respondent:

1. This petition sufficiently establishes the statutory right of Petitioner to obtain discovery, as provided herein; and, that the statutory basis for the respondent's refusal to provide the requested information is inapplicable to the petitioner and/or is superseded by other provisions, which authorize disclosure.
2. Respondent, Valley Medical Center: Emergency Psychiatric Services, has refused, and continues to refuse, to provide access to Petitioner's medical records.
3. Petitioner will likely suffer and incur damages as a result of the deprivation of his civil rights by law enforcement officials, acting under color of state law, who may exercise their discretion in matters related to Petitioner using his mental health certification.
4. Unless the mental health certification is expunged, at least during the pendency of Petitioner's claim, Petitioner is likely to sustain further irreparable mental and physical harm.
5. Petitioner's complaint for his cause of action for unlawful commitment against Respondent, Valley Medical Center: Emergency Psychiatric Services, and others, will be unfairly prejudiced by the continued delay and the denial of his lawful request for disclosure of his mental health records.

6. Petitioner is likely to suffer further harm by the unauthorized disclosure of his mental health records by defendants in the related complaint, filed on March 10th, 2008, to this matter, in that, by publicizing the contents of his mental health records, the aforementioned respondent and others have biased opinion against the petitioner, which has resulted in unfavorable termination of official determinations and judicial proceedings.

Signed: _____   Dated: 6-25-08

MOTION FOR SUMMARY JUDGMENT                                      PAGE 5