```
James Alan Bush
1211 East Santa Clara Avenue #4
San Jose, CA 95118
(408) 217-8282

Plaintiff in pro per
```

FILED

2008 JUN 26  P 2:00

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. SJ.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush, ) | Case No.: C 08-01354 (RS) JF |
| ) | |
| Petitioner, ) | REQUEST FOR JUDICIAL NOTICE OF |
| ) | EXHIBITS IN SUPPORT OF PLAINTIFF'S |
| v. ) | PETITION FOR REFUSAL TO PERMIT |
| ) | REVIEW OF PERSONAL RECORD |
| Valley Medical Center: Emergency ) | |
| Psychiatric Services, ) | [Fed. R. Evid. 201] |
| ) | |
| Respondent. ) | Judge Jeremy Fogel |

**REQUEST FOR JUDICIAL NOTICE OF EXHIBITS**

Plaintiff hereby requests the Court take Judicial Notice pursuant to Rule 201, Federal Rules of Evidence, of the following exhibits:

- Exhibit "A", SCVMC Authorization for Disclosure of Protected Health Information;

- Exhibit "B", Subpoena Issued to Valley Medical Center: Emergency

Psychiatric Services and Response to Subpoena.

Signed: _____  Dated: 6-26-08

```
1   James Alan Bush
    1211 East Santa Clara Avenue #4
2   San Jose, CA 95118
    (408) 217-8282
3
    Plaintiff in pro per
4
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| James Alan Bush, | ) | Case No.: C 08-01354 (RS) JF |
| | ) | |
| Petitioner, | ) | EXHIBIT A |
| | ) | |
| v. | ) | SCVMC AUTHORIZATION FOR DISCLOSURE |
| | ) | OF PROTECTED HEALTH INFORMATION |
| Valley Medical Center: Emergency | ) | |
| Psychiatric Services, | ) | |
| | ) | |
| Respondent. | ) | Judge Jeremy Fogel |
| | ) | |

**EXHIBIT A**

Petitioner hereby submits Exhibit "A", a copy of the SCVMC Authorization for Disclosure of Protected Health Information Form, which was submitted to Santa Clara Valley Medical Center on April 17th, 2007.

EXHIBIT A - AUTHORIZATION TO RELEASE MEDICAL RECORDS                PAGE 21

SCVMC AUTHORIZATION FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION

(FRONT)

5650

**SANTA CLARA VALLEY MEDICAL CENTER**

*Call when ready*

Santa Clara Valley Medical Center, 751 South Bascom Avenue, San Jose, CA 95128,
Telephone (408) 885-5147, Fax (408) 885-5170

**SCVMC Authorization for Use and/or Disclosure of Protected Health Information**

**AUTHORIZATION:** I give permission to

_SCVMC_
(Name of Person/Organization Allowed to Release Records)

to use and release to _James Bush_
(Name of Person/Organization Allowed to Receive the Records)

_1471 McDonnell Ave    SJ, CA 95126_
Address                City            State       Zip

for the records and information, as identified below, related to:

_Bush_              _James_              _A_
Last Name            First              Middle Initial

_9-200-90-63_   _9-26-72_              _408-611-2602_
Medical Record Number   Date of Birth         Telephone Number

**RECORDS:** *(Important: check the appropriate box or boxes and initial or sign and date as required.)*

1. ☒ **MEDICAL RECORDS*** - Initials: ____

   * References to the following types of information may be in or part of your Medical Records and if you want any of these types of information to be released with your Medical Records you must sign and date next to each type:
     - ☒ **Drug/Alcohol Treatment Information** - Sign and Date: _____
     - ☒ **Genetic Testing Information** - Sign and Date: _____
     - ☒ **Reference to or Results of a HIV Blood Test Information** - Sign and Date: _____

2. ☒ **MENTAL HEALTH RECORDS** - Sign and Date: _____
3. ☒ **OTHER** *(Please be specific)* _anything else you have_

**LIMITATION ON RELEASE:** The following is a specific description ("limitation") of the record(s) checked above and date(s) of service. (If no limitation, please write "No Limitation")

_No Limits_

DISTRIBUTION: WHITE-Chart    CANARY-Patient
FORM 5650 (Rev. 1/04)                                              SCVMC 6889-24

EXHIBIT A - AUTHORIZATION TO RELEASE MEDICAL RECORDS                    PAGE 22

SCVMC AUTHORIZATION FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION

(BACK)

5650

SANTA CLARA VALLEY MEDICAL CENTER

**SCVMC Authorization for Use and/or Disclosure of Protected Health Information**

**USES:** The person who receives the health information can use it only for the following reason(s):
_For THEMSELVES_

I understand that the person who receives the information cannot use the information for anything else or disclose the information to anyone else unless I give them a written authorization or the law allows it.

**DURATION:** This authorization is valid immediately and will be valid until _4-17-07_ (give date). If I do not write in a date, it will expire six months from the date it was signed.

**ADDITIONAL COPY:** I understand that I have a right to receive a copy of this authorization if I ask for it. Copy requested and received:  ☒ Yes    ☐ No _____ (Initial)

**CANCELLATION:** I understand that I have a right to cancel this authorization any time. A cancellation (1) must be in writing, (2) sent or given to the health information management department at the address on the top of this form, and (3) is effective when it is received by the department. A cancellation will not apply to actions already taken by SCVMC under this authorization or if the authorization was required for getting insurance coverage and the insurer has a legal right to contest a claim.

**CONDITIONS:** I understand that treatment, payment, enrollment, or eligibility for benefits will not be based on my giving or refusing to give this authorization except if my treatment is related to research, or if health care services are given to me only for creating protected health information for release to a third party. I also understand that I may refuse to sign this authorization.

**SIGNATURE:** _____    _4-17-07_
                    Patient/Representative                           Date

If signed by other than patient, state relationship and authority to sign: _____

Signature of witness: _____    Date: _____

**FOR MENTAL HEALTH USE ONLY**
Complete the following if the patient is the person authorizing release of his/her records subject to California Welfare and Institutions Code Section 5328: The undersigned (the physician, licensed psychologist, or social worker with a masters degree in social work), who is in charge of the patient, hereby (approves)(disapproves) the release of information and records to Requestor. If disclosure is disapproved, give reasons below. Also note below or attach any restrictions on the release of records. (No approval is required for release to patient's attorney.)

_____

_____

Dated          Physician/Psychologist/Social Worker           Degree
                DISTRIBUTION: WHITE-Chart    CANARY-Patient

FORM 5650 (Rev. 1/04)                                    SCVMC 6889-24

EXHIBIT A - AUTHORIZATION TO RELEASE MEDICAL RECORDS              PAGE 23

```
1   James Alan Bush
    1211 East Santa Clara Avenue #4
2   San Jose, CA 95118
    (408) 217-8282
3
    Plaintiff in pro per
4
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush, )<br>          )<br>          Petitioner, )<br>          )<br>   v.     )<br>          )<br>Valley Medical Center: Emergency )<br>Psychiatric Services, )<br>          )<br>          Respondent. )<br>_____ ) | Case No.: C 08-01354 (RS) JF<br><br>EXHIBIT B<br><br>SUBPOENA ISSUED TO VALLEY MEDICAL CENTER: EMERGENCY PSYCHIATRIC SERVICES AND RESPONSE TO SUBPOENA<br><br>Judge Jeremy Fogel |

### EXHIBIT B

Petitioner hereby submits Exhibit "B", a copy of a subpoena issued to Respondent, Valley Medical Center: Emergency Psychiatric Services, on July 7th, 2007; it is followed by a copy of the aforementioned respondent's response, sent on July 10th, 2007.

EXHIBIT B - SUBPOENA FOR MEDICAL RECORDS AND THE RESPONSE          PAGE 24

| | |
|---|---|
| 1 | SUBPOENA ISSUED BY PLAINTIFF ON JULY 7TH, 2007 |

SUBPOENA ISSUED BY PLAINTIFF ON JULY 7TH, 2007

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

James Alan Bush

**SUBPOENA IN A CIVIL CASE**

v.

Sunnyvale Department of Public Safety, et al.

Case Number: C 07-0831 JF (RS)

TO: Valley Medical Center: Emergency Psychiatric Services
871 Enborg Ct
San Jose, CA 95128
(408) 885-6100

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |
| | Format: m/d/yyyy h:mm am/pm |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | Format: m/d/yyyy h:mm am/pm |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following place, date, and time specified below (list documents or objects):
All documentation—both in electronic and printed form—regarding patient, James Alan Bush, regardless of its form, confidentiality or subject matter, by the date and time, and to the place, specified below. If you omit or alter any records in your possession, or fail to deliver them in a timely manner, sanctions will be imposed on you by the court.

| PLACE  3859 De La Cruz Boulevard, Santa Clara, CA 95054 | DATE AND TIME  July 21st, 2007 8 a.m. |
|---|---|
| | Format: m/d/yyyy h:mm am/pm |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | Format: m/d/yyyy h:mm am/pm |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | July 7th, 2007 |
| | Format: m/d/yyyy |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
James Alan Bush
3859 De La Cruz Boulevard, Santa Clara, CA 95054

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

If action is pending in district other than district of issuance, state district under case number.

1 | DEFENDANT'S JULY 20ᵀᴴ, 2007 RESPONSE TO THE SUBPOENA



**SANTA CLARA VALLEY MEDICAL CENTER**

Dedicated to the Health
of the Whole Community

Acute Psychiatric Services
Legal Department
Barbara Arons Pavilion
820 Enborg Court
San Jose, California 95128-2643

Tel (408) 885-6041
Fax (408) 885-3542

July 10, 2007

James Alan Bush
3859 De La Cruz Boulevard
Santa Clara, CA 954054

Case No. C07-083 JF (RS)

Re:   James Alan Bush v. Sunnyvale Department of Public Safety, et al
      Request for Mental Health records of James Alan Bush

The Santa Clara County Mental Health Department (MHD) is unable to comply with your subpoena in the above-titled action.

We are not lawfully permitted to conduct a records search in response to your subpoena because county mental health records are privileged, and not subject to discovery by subpoena. (See Welfare & Institutions Code § 5328; Evid. Code, §§ 1014, et seq., 1040). Absent written consent, court order, or the application of an exception, MHD will generally not check records to determine whether the individual, whose confidential records are sought, has been a client.

Release of information is permitted pursuant to a valid, complete, original written consent signed by the client or the client's legal representative. To assure that the release is adequate, we recommend use of our consent form, a copy of which is attached. The only records we would produce would be psychiatric records.

Please note that the general power to issue subpoena does not authorize pretrial discovery of privileged material. (People v. Hammon (1997 15 Cal. 4ᵗʰ 1117, 11280). Absent consent or a court order issued after due notice at trial, records will not be produced *in camera* inspection, nor will they be lodged with the Court pursuant to Evidence Code, § 1560.

Please also note that the notice of your request for disclosure must be served on the person whose records are sought, and an opportunity to object must be afforded, in light of that person's constitutional right to privacy and the statutory privileges noted above (Cal. Const. Art 1, § 1; cf., Code of Civ. Proc., § 1985.3).

If you have any questions, please call me or the Deputy County Counsel assigned to the MHD at (408) 299-5900 (facsimile no.: (408) 292-7240).

Sincerely,

Ana Romero
Legal Department/Custodian of Records
Mental Health Department

Santa Clara Valley Health & Hospital System is owned and operated by the County of Santa Clara.