UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Show Cause Hearing, June 27, 2008
**Case Number:** CV-08-1354-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | JAMES BUSH  V. SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, ET AL |

**PLAINTIFF**                                **DEFENDANT**

**Attorneys Present:** James Bush, pro se        **Attorneys Present:**

PROCEEDINGS:

Show cause hearing held.  Plaintiff is present.  The Court stays the case pending appeal.  The Court grants plaintiff leave to file an amended complaint.  Continued to 7/25/08 at 10:30 a.m. for further case management conference.