James Bush C08-01354

1211 E. Santa Clara Ave

San Jose, CA 95116

(408) 217-3282

NC

FILED
2008 JUL 25 A 10:34
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Address Change