\*\*E-Filed 9/22/2011\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALAN BUSH,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, et al.,<br><br>　　　　　　　　　Defendants. | Case Number 5:08-cv-01354-JF (PSG)<br><br>ORDER[1] DENYING MOTIONS FOR DEFAULT JUDGMENT<br><br>[re: dkt entries 135, 136] |

　　Plaintiff has filed two motions for default judgment as to Defendant Long Thang Cao (dkt entries 135 and 136). The Clerk's declination of default was filed on August 8, 2011. Accordingly, Plaintiff's motions are DENIED

　　　IT IS SO ORDERED.

DATED: 9/22/2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　	　　　　　　　United States District Judge

---

　[1] This disposition is not designated for publication in the official reports.

Case No. 5:08-cv-01354-JF (PSG)
ORDER DENYING MOTIONS FOR DEFAULT JUDGMENT
(JFLC2)