UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES ALAN BUSH,

    Plaintiff,

    v.

SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, et al.,

    Defendants.

_____/

No. C 08-1354 PJH

**ORDER**

    Plaintiff James Alan Bush filed the complaint in the above-entitled action on March 10, 2008, against more than 40 defendants. On September 29, 2011, the court issued an order giving plaintiff until October 21, 2011 to file proofs of service showing service of the summons and complaint on defendants. The court advised plaintiff that if he failed to comply with this order (which was not the first such court-imposed deadline), the case would be dismissed. Plaintiff did not comply with the order.

    On November 4, 2011, the court dismissed the case, and entered judgment. On November 14, 2011, plaintiff filed a "Notice of Hearing," in which he requested "a hearing on the status of" this action.

    The request is DENIED. Pursuant to the November 4, 2011 order of dismissal and judgment, the case is closed. Accordingly, there is no basis for a status conference.

**IT IS SO ORDERED.**

Dated: November 16, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge